# Exhibit A

THE LAW OFFICES OF
**NICOLE M. BLUEFORT**
ATTORNEY AT LAW
----------------
444 BROADWAY
LYNN, MASSACHUSETTS 01904
TEL:  781-593-1952 FAX:  781-593-0221
EMAIL:  NICOLE@BLUEFORTLAW.COM
*Admitted in Massachusetts and United States District Court for the District of Massachusetts*

November 2, 2015

**FIRST CLASS AND CERTIFIED MAIL**

Santander Bank, N.A.
Registered Agent:
Corporation Service Company
84 State Street
Boston, MA 02109

**RE: Santander Bank, N.A. Negligence, Liability & Reimbursement**

To Whom It May Concern:

## DEMAND LETTER

This is a written demand for relief made upon you pursuant to the damages suffered by the Union Street Corridor-Community Development Corporation (hereafter "Union Street Corridor"), located at 298 Union Street, Lynn, Massachusetts, 01901, due to your negligence. From November 2011 to July 2015, Santander Bank, N.A. (hereafter "Santander") issued funds on checks signed by Michael "Mike" Phelps, Edward "Ed" Battle, Norman Cole, and Steve Godfrey, though neither Mr. Phelps nor Mr. Battle nor Mr. Cole nor Mr. Godfrey were authorized signers on the account.

Please be advised that Union Street Corridor, through its President, Gardy Jean-Francois, has retained this office in regards to the above-referenced matter.

## FACTS

On or about June 2012, Mr. Phelps was elected President of the Board of Union Street Corridor. Per the bylaws of Union Street Corridor, the President is authorized to sign "deeds, contracts and formal instruments." However, Mr. Phelps was never added as a signer onto Union Street Corridor's Santander Bank account.

Mr. Battle was elected to the Board of Union Street Corridor, and later became Vice

1

President. At no point was Mr. Battle added as an authorized signer to Union Street Corridor's Santander Bank account, nor is Mr. Battle authorized to expend funds on Union Street Corridor's behalf.

Mr. Cole was elected to the Board of Union Street Corridor. At no point was Mr. Cole added as an authorized signer to Union Street Corridor's Santander Bank account.

Mr. Godfrey was elected to the Board of Union Street Corridor. At no point was Mr. Godfrey added as an authorized signer to Union Street Corridor's Santander Bank account.

A complete breakdown of expenditures by unauthorized signers is listed below:

| CHECK NUMBER | AMOUNT | DATE | PAYEE | UNAUTHORIZED SIGNER | EXHIBIT NUMBER |
|---|---|---|---|---|---|
| ✓ 1766 | $1,500 | 11/29/2011 | Lancelot Janitorial | FORGED? STEVE GODFREY | 1 |
| ✓ 1788 | $3583.36 | 2/15/2012 | Eastern Bank | NORMAN COLE | 2 |
| ✓ 1790 | $520 | 3/12/2012 | Keystone Elevator Services | FORGED? STEVE GODFREY | 3 |
| ✓ 1796 | $1006.25 | 3/20/2012 | Eastern Bank | FORGED? STEVE GODFREY | 3 |
| ✓ 1811 | $1997.20 | 4/26/2012 | Eastern Bank | FORGED? STEVE GODFREY | 4 |
| ✓ 1805 | $3411.72 | 5/1/2012 | Community Minority Cultural Center | FORGED? STEVE GODFREY | 5 |
| ✓ 1893 | $2097 | 6/8/2012 | Eastern Bank | FORGED? STEVE GODFREY | 6 |
| ✓ 1895 | $2000 | 6/21/2012 | CMCC | FORGED? STEVE GODFREY | 6 |
| ✓ 1825 | $1200 | 6/25/2012 | CMCC | FORGED? STEVE GODFREY | 6 |
| ✓ 1827 | $2000 | 7/6/2012 | Community Minority Cultural Center | FORGED? STEVE GODFREY | 7 |
| ✓ 1826 | $570 | 7/9/2012 | Elton Watkins III c/o Keystone Elevator | FORGED? STEVE GODFREY | 7 |
| ✓ 1897 | $2196.92 | 7/10/2012 | Eastern Bank | FORGED? STEVE GODFREY | 7 |
| ✓ 1829 | $1997.20 | 8/6/2012 | Eastern Bank | ED BATTLE OR FORGED STEVE GODFREY | 8 |
| ✓ 1830 | $1672 | 08/03/2012 | Jackie's Transportation | ED BATTLE OR FORGED STEVE GODFREY | 8 |
| ✓ 1837 | $1500 | 9/11/2012 | CMCC Inc | ED BATTLE OR | 8 |

| | | | | | FORGED STEVE GODFREY | |
|---|---|---|---|---|---|---|
| ✓ | 1858 | $3000 | 12/7/2012 | CMCC Inc | FORGED? STEVE GODFREY | 9 |
| | 1884 | $803.41 | 4/22/2013 | City of Lynn | FORGED? STEVE GODFREY | 10 |
| ✓ | 1886 | $442.12 | 4/23/2013 | New England Solid Waste Consultants, Inc | FORGED? STEVE GODFREY | 10 |
| ✓ | 1890 | $4000 | 5/6/2013 | CMCC | FORGED? STEVE GODFREY | 11 |
| ✓ | 1892 | $1000 | 5/13/2013 | CMCC | FORGED? STEVE GODFREY | 11 |
| ✓ | 1899 | $1000 | 5/20/2013 | CMCC | FORGED? STEVE GODFREY | 11 |
| ✓ | 1900 | $500 | 6/6/2013 | CMCC Inc | FORGED? STEVE GODFREY | 12 |
| ✓ | 1891 | $40 | 7/2/2013 | Evelyn Lopez | FORGED? STEVE GODFREY | 13 |
| ✓ | 1908 | $2500 | 7/8/2013 | CMCC Inc | FORGED? STEVE GODFREY | 13 |
| ✓ | 1903 | $1000 | 7/5/2013 | CMCC Inc | FORGED? STEVE GODFREY | 13 |
| ✓ | 1904 | $200 | 7/22/2013 | Quality Fire Protection | FORGED? STEVE GODFREY | 13 |
| ✓ | 1911 | $57 | 7/30/2013 | Boston Fire Ext Co Inc | FORGED? STEVE GODFREY | 13 |
| ✓ | 1912 | $303.65 | 7/18/2013 | National Grid | FORGED? STEVE GODFREY | 13 |
| ✓ | 1906 | $395 | 8/13/2013 | Zizza Lock and Installation | FORGED? STEVE GODFREY | 14 |
| ✓ | 1913 | $2196.93 | 8/8/2013 | Eastern Bank | FORGED? STEVE GODFREY | 14 |
| ✓ | 1914 | $1500 | 8/5/2013 | CMCC Inc | FORGED? STEVE GODFREY | 14 |
| ✓ | 1918 | $1997.20 | 8/7/2013 | Eastern Bank | FORGED? STEVE GODFREY | 14 |
| ✓ | 1917 | $299.88 | 11/15/2013 | Jones Vega | MICHAEL PHELPS | 15 |
| ✓ | 1924 | $160 | 11/1/2013 | Earl Allen | MICHAEL PHELPS | 15 |
| ✓ | 1925 | $500 | 11/5/2013 | Edward Battle | MICHAEL PHELPS | 15 |
| ✓ | 1926 | $1997.20 | 11/14/2013 | Eastern Bank | MICHAEL PHELPS | 15 |
| ✓ | 1950 | $440 | 11/14/2013 | G. Mello Disposal | MICHAEL PHELPS | 15 |
| ✓ | 1927 | $1300 | 12/5/2013 | CMCC Building Fund | NORMAN COLE OR MICHAEL PHELPS | 16 |
| ✓ | 1928 | $100 | 12/24/2013 | Tim Demirs | NORMAN COLE OR MICHAEL PHELPS | 16 |

3

| | | | | | |
|---|---|---|---|---|---|
| ✓ 1929 | $300 | 1/13/2014 | Tim Demirs | NORMAN COLE OR MICHAEL PHELPS | 17 |
| ✓ 1930 | $2097.06 | 4/13/1905 | Eastern Bank | NORMAN COLE OR MICHAEL PHELPS | 17 |
| ✓ 1931 | $500 | 1/13/2014 | G. Mello Disposal | NORMAN COLE OR MICHAEL PHELPS | 17 |
| ✓ 1932 | $144 | 1/13/2014 | Lancelot | NORMAN COLE OR MICHAEL PHELPS | 17 |
| ✓ 1939 | $125 | 1/13/2014 | Brian Ford Plumbing and Heating | NORMAN COLE OR MICHAEL PHELPS | 17 |
| ✓ 1940 | $500 | 1/23/2014 | William Phelps | MICHAEL PHELPS | 17 |
| ✓ 1943 | $211 | 2/4/2014 | Samarah Brunet | NORMAN COLE OR MICHAEL PHELPS | 18 |
| ✓ 1941 | $1000 | 1/24/2014 | CMCC Building Fund | NORMAN COLE OR MICHAEL PHELPS | 17 |
| ✓ 1944 | $1800 | 2/5/2014 | Michael Phelps | NORMAN COLE OR MICHAEL PHELPS | 18 |
| ✓ 1945 | $2097.06 | 2/19/2014 | Eastern Bank | NORMAN COLE OR MICHAEL PHELPS | 18 |
| ✓ 1946 | $815.45 | 2/19/2014 | G. Mello Disposal | NORMAN COLE OR MICHAEL PHELPS | 18 |
| ✓ 1947 | $533.93 | 3/11/2014 | National Grid | NORMAN COLE OR MICHAEL PHELPS | 19 |
| ✓ 2501 | $2348.01 | 3/24/2014 | City of Lynn | NORMAN COLE OR MICHAEL PHELPS | 19 |
| ✓ 2502 | $2097 | 3/18/2014 | Eastern Bank | NORMAN COLE OR MICHAEL PHELPS | 19 |
| ✓ 2506 | $300 | 3/31/2014 | New England Solid Waste | NORMAN COLE OR MICHAEL PHELPS | 19 |
| ✓ 2503 | $650 | 4/1/2014 | Brian Ford Plumbers and Heating | NORMAN COLE OR MICHAEL PHELPS | 20 |
| ✓ 2504 | $1343.20 | 4/1/2014 | ███ | NORMAN COLE OR MICHAEL | 20 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | PHELPS | |
| ✓ 2507 | $215 | 4/2/2014 | Mello Disposal | NORMAN COLE OR MICHAEL PHELPS | 20 |
| ✓ 2508 | $3560 | 4/3/2014 | EAB Elevator | NORMAN COLE OR MICHAEL PHELPS | 20 |
| ✓ 2509 | $2,097 | 4/16/2014 | Eastern Bank | NORMAN COLE OR MICHAEL PHELPS | 20 |
| ✓ 2510 | $900 | 4/17/2014 | Michael Phelps | MICHAEL PHELPS | 20 |
| ✓ 2511 | $883.94 | 5/16/2014 | AFA Protective Services | NORMAN COLE OR MICHAEL PHELPS | 21 |
| ✓ 2512 | $243.75 | 5/15/2014 | AFA | NORMAN COLE OR MICHAEL PHELPS | 21 |
| ✓ 2515 | $2097.06 | 5/20/2014 | Eastern Bank | NORMAN COLE OR MICHAEL PHELPS | 21 |
| ✓ 2519 | $175 | 7/7/2014 | Brian Ford Plumbing | NORMAN COLE OR MICHAEL PHELPS | 22 |
| ✓ 2523 | $645 | 7/9/2014 | G. Mello | NORMAN COLE OR MICHAEL PHELPS | 22 |
| ✓ 2520 | $110.50 | 7/3/2014 | Lancelot | NORMAN COLE OR MICHAEL PHELPS | 22 |
| ✓ 2524 | $2097.06 | 7/17/2014 | Eastern Bank | NORMAN COLE OR MICHAEL PHELPS | 22 |
| ✓ 2521 | $57 | 7/10/2014 | ▮▮▮▮▮ | NORMAN COLE OR MICHAEL PHELPS | 22 |
| ✓ 2525 | $92 | 7/30/2014 | Lancelot | NORMAN COLE OR MICHAEL PHELPS | 22 |
| ✓ 2522 | $296.43 | 7/9/2014 | AFA Protective Services | NORMAN COLE OR MICHAEL PHELPS | 22 |
| ✓ 2526 | $200 | 8/4/2014 | ▮▮▮▮▮ | NORMAN COLE OR MICHAEL PHELPS | 23 |
| ✓ 2529 | $2985.53 | 8/15/2014 | EAB Elevator | NORMAN COLE OR MICHAEL PHELPS | 23 |
| ✓ 2527 | $1500.23 | 8/25/2014 | Brian Ford | NORMAN COLE | 23 |

| | | | | | |
|---|---|---|---|---|---|
| | | | Plumbing and Heating | OR MICHAEL PHELPS | |
| ✓ 2530 | $2097.06 | 8/26/2014 | Eastern Bank | NORMAN COLE OR MICHAEL PHELPS | 23 |
| ✓ 2528 | $220 | 8/25/2014 | Bill Hegarty Lock and Key | NORMAN COLE OR MICHAEL PHELPS | 23 |
| ✓ 2537 | $4000 | 12/5/2014 | EAB Elevator | NORMAN COLE OR MICHAEL PHELPS | 24 |
| ✓ 2533 | $7000 | 10/15/2014 | EAB Elevator | NORMAN COLE OR MICHAEL PHELPS | 25 |
| ✓ 2531 | $1526 | 11/4/2014 | Lancelot | NORMAN COLE OR MICHAEL PHELPS | 26 ▬▬▬ |
| ✓ 2534 | $1075 | 11/13/2014 | G. Mello Disposal | NORMAN COLE OR MICHAEL PHELPS | 26 |
| ✓ 2536 | $4200 | 11/20/2014 | CMCC Building Fund | NORMAN COLE OR MICHAEL PHELPS | 26 |
| ✓ 2538 | $1900 | 1/5/2015 | Cash | **NORMAN COLE OR MICHAEL PHELPS** | 27 |
| ✓ 2539 | $2100 | 1/15/2015 | Eastern Bank | NORMAN COLE OR MICHAEL PHELPS | 27 |
| ✓ 2540 | $8418.03 | 1/8/2015 | EAB Elevator | NORMAN COLE OR MICHAEL PHELPS | 27 |
| ✓ 2541 | $2000 | 2/19/2015 | Cash | **MICHAEL PHELPS** | 28 |
| ✓ 2542 | $4200 | 3/3/2015 | Eastern Bank | NORMAN COLE OR MICHAEL PHELPS | 29 |
| ✓ 2545 | $208.33 | 3/23/2015 | **Michael Phelps** | **NORMAN COLE OR MICHAEL PHELPS** | 29 |
| ✓ 2543 | $175 | 3/23/2015 | Brian Ford Plumbing and Heating | NORMAN COLE OR MICHAEL PHELPS | 29 |
| ✓ 2546 | $280 | 3/27/2015 | ▬▬▬▬ | NORMAN COLE OR MICHAEL PHELPS | 29 |
| ✓ 2544 | $645 | 3/23/2015 | G. Mello Disposal | NORMAN COLE OR MICHAEL PHELPS | 29 |

| | | | | | |
|---|---|---|---|---|---|
| ✓ 2552 | $960 | 6/3/2015 | Lynn Water Sewer | NORMAN COLE OR MICHAEL PHELPS | 32 |
| ✓ 2551 | $117.10 | 5/20/2015 | Brian Ford Plumbing | NORMAN COLE OR MICHAEL PHELPS | 31 |
| ✓ 2549 | $2000 | 4/13/2015 | Tim Demirs Construction | NORMAN COLE OR MICHAEL PHELPS | 30 |
| ✓ 2550 | $6900 | 4/24/2015 | Michael Phelps | NORMAN COLE OR MICHAEL PHELPS | 30 |
| ✓ 2553 | $3000 | 7/2/2015 | CMCC | NORMAN COLE OR MICHAEL PHELPS | 33 |
| ✓ 2554 | $3000 | 7/10/2015 | Lancelot | NORMAN COLE OR MICHAEL PHELPS | 33 |
| ✓ 2555 | $50 | 7/13/2015 | Boston Z▓▓▓ | NORMAN COLE OR MICHAEL PHELPS | 33 |
| ✓ 2556 | $645 | 7/13/2015 | G. Mello | NORMAN COLE OR MICHAEL PHELPS | 33 |
| TOTAL: 97 Checks | $143,191.77 | | | | 33 Exhibits |

Per "Santander Bank Business Deposit Account Agreement" Section A, Subsection 2, "If you are a sole proprietor, you and any other *authorized signers you designate must sign our signature card when you open an account. Otherwise, the authorized signers you designate must sign our signature card when you open an Account. If you designate more than one authorized signer, each authorized signer must complete and sign our signature card.* You must provide evidence using a form acceptable to us of the designation of authorized signers by you if you are a sole proprietor or by your governing body if you are a business entity. You must also complete or provide any other documentation we may require form time to time. You must provide a taxpayer identification number and each sole proprietor and authorized signer must present identification acceptable to us at the time the Account is opened. We will obtain a consumer report from a consumer reporting agency on each sole proprietor and authorized signer at the time the Account is opened. *We may rely upon the documentation we have in our files regarding the identity of the authorized signers on your Account until you present appropriate documentation identifying other authorized signers.* If we do not obtain the information we need under our Customer Identification Program, we reserve the right to prevent you from accessing the funds in your Account until we obtain that information, and you agree that we will not be liable to you if your check or other payment order is not paid during this time." Emphasis added.

Santander Bank must only issue funds on checks signed by Union Street Corridor authorized signers on file with Santander Bank. From November 29, 2011 to July 13, 2015, Mr. Phelps, Mr. Battle, Mr. Cole, and Mr. Godfrey wrote and signed 97 unauthorized checks which were then paid out by Santander Bank. In accordance with its own bylaws and best practice guidelines, Santander Bank had in its possession a signature card with the names and signatures of all authorized signees to the Union Street Corridor account. The names on the signature card dated October 4, 2007 and unaltered throughout this time period were Virginia Barton, David McCoy, Orfelina Juhasz, and Richard Rehal. Santander was aware at all times that Mr. Phelps, Mr. Battle, Mr. Cole, and Mr. Godfrey had not been added to that signature card. No additional names were added to the signature card until July 29, 2015. By declining to certify that the checks in question were signed by authorized signers, Santander Bank failed in its duty to maintain its promised standard of care. Santander's negligence directly caused the loss of $143,191.77 from Union Street Corridor's operations bank account.

The Union Street Corridor suffered the above losses and growing interest on debts due to the unavailability of the funds. The Union Street Corridor faced foreclosure as well as mounting interest payments which could have been paid off or lowered if the funds had remained available. Additionally, the Union Street Corridor repeatedly paid monthly maintenance fees for low monthly balances, insufficient funds fees, and account analysis fees due to the missing bank funds. The total damages for insufficient funds fees is $945. The total bank fees for account analyses is $105. The total bank fees for monthly maintenance, due when the monthly balance drops too low, is $255. In all, Union Street Corridor suffered the loss of an additional $1305 in bank fees due to Santander's negligent issuance of funds.

## DEMAND AND RELIEF

On behalf of my client, I hereby demand that Santander Bank, N.A. compensate Union Street Corridor for the unauthorized checks in the amount of $143,191.77, bank fees of $1305, plus attorney fees.

**Please take further notice that this letter requires a response within thirty (30) days. If such action is not taken to remedy this situation, my client reserves all rights to file a complaint in a local district court.**

Very truly yours,

Nicole M. Bluefort, Esq.



# 1699    11/25/11    $193.72

# 1700    11/10/11    $875.00

# 1761    11/09/11    $1,953.59

# 1762    11/18/11    $1,650.00

# 1763    11/09/11    $662.86

# 1764    11/15/11    $400.00

# 1765    11/16/11    $672.85

# 1766    11/29/11    $1,500.00







Statement Period 02/01/12 TO 02/29/12











Checks images:

# 1790   03/12/12   $520.00

# 1796   03/20/12   $1,006.25

# 1797   03/28/12   $1,997.20

# 1800   03/19/12   $2,394.94

# 1803   03/13/12   $441.06









Statement Period 04/01/12 TO 04/30/12

# 1791   04/09/12   $480.25

04/06/12   $433.54

# 1792   04/02/12   $285.00

# 1798   04/02/12   $570.00

# 1799   04/05/12   $412.00

# 1807   04/05/12   $25.00

# 1808   04/19/12   $292.16

# 1809   04/10/12   $758.96

# 1810   04/11/12   $145.00

# 1811   04/26/12   $1,997.20

# 1812   04/13/12   $2,000.00



Statement Period 05/01/12 TO 05/31/12



05/17/12   $785.63

# 1805   05/01/12   $3,411.72

# 1813   05/04/12   $570.00

# 1815   05/15/12   $2,112.40

# 1817   05/31/12   $663.68







00000180-0151631-0003-0003-MSBR377B070-16-L

# 1893   06/08/12   $2,097.06

# 1895   06/21/12   $2,000.00

# 1894   06/11/12   $1,000.00

# 1825   06/25/12   $1,200.00

# 1818   06/12/12   $570.00











# 1   07/06/12   $631.87

# 1827   07/06/12   $2,000.00

# 1819   07/09/12   $285.00

# 1828   07/10/12   $2,000.00

# 1820   07/12/12   $156.01

# 1896   07/09/12   $75.00

# 1821   07/09/12   $220.68

# 1897   07/10/12   $2,196.92

# 1826   07/09/12   $570.00



00000154-0131278-0003-0003-MSBR377B080-14-L.SAS



(7)









# 1829   08/06/12   $1,997.20

# 1831   08/29/12   $2,433.31

# 1830   08/03/12   $1,672.00

# 1833   08/13/12   $2,000.00

00000196-0181707-0004-0004-MSBR3778090-19-L.SAS













00000860-0124055-0003-0003-MSBR3778100-19-L SAS











# 0   12/10/12   $300.00

# 1859   12/18/12   $4,194.12

# 1846   12/03/12   $2,063.00

# 1870   12/26/12   $210.00

# 1857   12/05/12   $1,800.00

# 1872   12/31/12   $2,456.55

# 1858   12/07/12   $3,000.00

0000347-0132500-0003-0003-MSBR3778010-14-L.SAS



(9)







# 1882   04/01/13   $1,000.00

# 1886   04/23/13   $442.12

# 1883   04/08/13   $2,097.06

# 1887   04/26/13   $60.00

# 1884   04/22/13   $803.41

# 1888   04/23/13   $1,500.00

# 1885   04/24/13   $110.75

# 1889   04/29/13   $500.00

00002008-0089327-0003-0003-M/SBR3778081-06-1, SAS









# 1890   05/06/13   $4,000.00

# 1899   05/20/13   $1,000.00

# 1892   05/13/13   $1,000.00

00005109-0076907-0003-0003-MSBR3778081-03-L SAS









# 1900   06/06/13   $500.00

# 1934   06/05/13   $2,500.00

# 1901   06/07/13   $2,000.00

00003722-0087853-0003-0003-MSBR3778081-05-J  SAS

(12)











00006091-0082080-0003-0003-MSBR3778081-03-L.SAS









00004107-0081539-0003-0003-MSBR3778/00/NLl S/\S









# 1917  11/15/13  $299.88

# 1926  1/14/13  $1,997.20

# 1924  1/01/13  $160.00

# 1950  1/14/13  $440.18

# 1925  11/05/13  $500.00











#1927  2/05/13  $1,300.00

1928  2/24/13  $100.00







# 1929  01/13/14  $300.00

# 1933  01/10/14  $1,675.00

# 1930  01/16/14  $2,097.06

# 1939  01/31/14  $125.00

# 1931  01/13/14  $500.00

# 1940  01/23/14  $500.00

# 1932  01/13/14  $144.00

# 1941  01/24/14  $1,000.00







# 1943  02/04/14  $211.00

# 1945  02/19/14  $2,097.06

# 1944  02/05/14  $1,800.00

# 1946  02/19/14  $815.45







# 1947  03/11/14  $533.93

# 2501  03/24/14  $2,348.01

# 1948  03/06/14  $695.00

# 2502  03/18/14  $2,097.06

# 1949  03/07/14  $541.88

# 2506  03/31/14  $300.00

# 2500  03/05/14  $300.00







# 2503 04/01/14 $650.00

# 2508 04/03/14 $3,560.00

# 2504 04/01/14 $1,343.20

# 2509 04/16/14 $2,097.06

# 2507 04/02/14 $215.00

# 2510 04/17/14 $900.00











# 2511  05/16/14  $883.94

# 2515  05/20/14  $2,097.06

# 2512  05/15/14  $243.75





UNION STREET BORROOR COMMUNITY DEVELOPMENT CORP
2519
# 2519   07/07/14   $175.00

UNION STREET BORROOR COMMUNITY DEVELOPMENT CORP
2523
# 2523   07/09/14   $645.00

UNION STREET BORROOR COMMUNITY DEVELOPMENT CORP
2520
# 2520   07/03/14   $110.50

UNION STREET BORROOR COMMUNITY DEVELOPMENT CORP
2524
# 2524   07/17/14   $2,097.06

UNION STREET BORROOR COMMUNITY DEVELOPMENT CORP
2521
# 2521   07/10/14   $57.00

UNION STREET BORROOR COMMUNITY DEVELOPMENT CORP
2525
# 2525   07/30/14   $92.00

UNION STREET BORROOR COMMUNITY DEVELOPMENT CORP
2522
# 2522   07/09/14   $296.43









# 2526  08/04/14  $200.00

# 2527  08/25/14  $1,500.23

# 2528  08/25/14  $320.00

# 2529  08/15/14  $2,985.53

# 2530  08/26/14  $2,097.06

23





# 2537  12/05/14  $4,000.00









# 2531   10/22/14   $1,526.00

# 2533   10/15/14   $7,000.00











# 2531   11/04/14   $1,526.00

# 2536   11/20/14   $4,200.00

# 2534   11/13/14   $1,075.00











# 2538  01/05/15  $1,900.00

# 2540  01/08/15  $8,418.03

# 2539  01/15/15  $2,100.00







2541 - 02/19/15   $2,000.00

28



# 2542  03/03/15  $4,200.00

# 2545  03/23/15  $208.33

# 2543  03/23/15  $175.00

# 2546  03/27/15  $280.00

# 2544  03/23/15  $645.00











# 2549   04/13/15   $2,000.00

2550   04/24/15   $6,900.00









# 2551  05/20/15  $1,710.15









# 2552  06/03/15  $960.00





# 2553  07/02/15  $3,000.00

# 2555  07/13/15  $50.00

# 2554  07/10/15  $3,000.00

# 2556  07/13/15  $645.00

(33)