# Exhibit B



Sovereign | Santander

**Santander Strong---**
Sovereign is part of Santander, "Global Bank of the Year."*

Statement Period 11/01/11 TO 11/30/11
**Primary Account #** ▓▓▓▓

*For your convenience our Business
Customer Contact Center is available Monday
through Friday, 8:00 a.m. to 6:00 p.m.
and Saturday, 8:00 a.m. to 5:00 p.m.
Call us at 1-877-768-1145.
www.sovereignbank.com*

0 0 0 0
7 0 34 0

000001
UNION STREET CORRIDOR
COMMUNITY DEVELOPMENT CORP
298 UNION ST
LYNN MA 01901-1342



# Great Rates on Business Lending.

**Business Line of Credit as low as**

**Prime Rate + 0% for 12 months!***

Boost your business
with this great rate today!
Visit **sovereignbank.com/bizcredit**
or call **1.877.768.1145** for details!

---

**FREE BUSINESS CHECKING**                    Statement Period 11/01/11 - 11/30/11

*UNION STREET CORRIDOR*
*COMMUNITY DEVELOPMENT CORP*                         *Account #* ▓▓▓▓

## Balances

| | | | |
|---|---|---|---|
| Beginning Balance | $290.21 | Ending Balance | $106.93 |
| Deposits/Credits | + $9,375.48 | Average Daily Balance | $3,610.38 |
| Withdrawals/Debits | - $9,558.76 | | |

## Checks Posted

| Check # | Date Paid | Amount | Reference | Check # | Date Paid | Amount | Reference |
|---|---|---|---|---|---|---|---|
| 1699 | 11/25 | $193.72 | 871081005 | 1763 | 11/09 | $662.86 | 877965275 |
| 1700 | 11/10 | $875.00 | 888159235 | 1764 | 11/15 | $400.00 | 416145170 |
| 1761* | 11/09 | $1,953.59 | 887400885 | 1765 | 11/16 | $672.85 | 873350945 |
| 1762 | 11/18 | $1,650.00 | 875688020 | 1766 | 11/29 | $1,500.00 | 873391840 |

**8 Check(s) Posted = $7,908.02**

An asterisk (*) indicates a skip in sequential check numbers.          An (E) indicates check was converted to an electronic item.

## Account Activity

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 11-01 | **Beginning Balance** | | | $290.21 |
| 11-02 | DELL FINANCIAL DELLPAY 111101 000000268132718 | | $300.00 | -$9.79 |
| 11-02 | INSUFFICIENT FUNDS FEE | | $35.00 | -$44.79 |

Sovereign Bank is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. | Sovereign and its logo and Santander and its logo are registered trademarks of Sovereign Bank and Santander, respectively, or their affiliates or subsidiaries in the United States and other countries. *According to *The Banker*, December, 2009.

## Account Activity (Cont. for Acct# ▃▃▃▃▃

| Date | Description | | Credits | Debits | Balance |
|------|-------------|---|---------|--------|---------|
| 11-03 | DEPOSIT | | $8,391.72 | | $8,346.93 |
| 11-09 | CHECK | 1761 | | $1,953.59 | $6,393.34 |
| 11-09 | CHECK | 1763 | | $662.86 | $5,730.48 |
| 11-09 | SOVEREIGN BANK LOAN TRANS | | | $615.74 | $5,114.74 |
| 11-10 | CHECK | 1700 | | $875.00 | $4,239.74 |
| 11-15 | DEPOSIT | | $983.76 | | $5,223.50 |
| 11-15 | CHECK | 1764 | | $400.00 | $4,823.50 |
| 11-16 | CHECK | 1765 | | $672.85 | $4,150.65 |
| 11-17 | DELL FINANCIAL DELLPAY 111116 | | | $700.00 | $3,450.65 |
| | 000000271181418 | | | | |
| 11-18 | CHECK | 1762 | | $1,650.00 | $1,800.65 |
| 11-25 | CHECK | 1699 | | $193.72 | $1,606.93 |
| 11-29 | CHECK | 1766 | | $1,500.00 | $106.93 |
| 11-30 | **Ending Balance** | | | | $106.93 |

---

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
One Sovereign Way RI1 EPV 02 23
East Providence, RI 02915

Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.

### Important information about your Sovereign Debit Card
The networks through which some of your Sovereign Debit Card purchases are processed have begun allowing merchants to process your purchases without either a signature or a PIN. If you are not required to enter your PIN when you make a purchase, your purchase may be processed either through the Visa network or through the STAR or NYCE networks. If your purchase is processed through STAR or NYCE, different terms apply and you will not be eligible for the rights and protections available through Visa. Please see your Business Deposit Account Agreement for more information.

---

Statement Period 11/01/11 TO 11/30/11



# 1699   11/25/11   $193.72          # 1700   11/10/11   $875.00

# 1761   11/09/11.   $1,953.59        # 1762   11/18/11   $1,650.00

# 1763   11/09/11   $662.86           # 1764   11/15/11   $400.00

# 1765   11/16/11   $672.85           # 1766   11/29/11   $1,500.00





 Sovereign **Santander**

Statement Period 12/01/11 TO 12/31/11
Primary Account #

*For your convenience our Business
Customer Contact Center is available Monday
through Friday, 8:00 a.m. to 6:00 p.m.
and Saturday, 8:00 a.m. to 5:00 p.m.
Call us at 1-877-768-1145.
www.sovereignbank.com*

*0 0 0 0*
*7 0 3 4 0*

000001
UNION STREET CORRIDOR
COMMUNITY DEVELOPMENT CORP
298 UNION ST
LYNN MA 01901-1342

## PLEASE SEE INFORMATION BELOW FOR IMPORTANT CHANGES TO YOUR CHECKING ACCOUNT

Beginning February 1, 2012, the fee for Domestic or International Incoming Wire Transfers will change from $13 to $15. The fee for branch based Domestic Outgoing Wire Transfers will change from $25 to $27. You will continue to enjoy a discount for outgoing wire transfers requested through our automated online systems.

Beginning March 1, 2012 if you use your Sovereign Business Debit Card for an international ATM withdrawal or international purchase, there will be a 4% International Transaction service charge. This fee change will apply to all transactions conducted on your Sovereign Business Debit Card outside the 50 states of the United States and replaces the Foreign Currency Exchange charge that was assessed when a transaction was done in a foreign currency.

As always, Sovereign is dedicated to your business and with providing you with the right solutions to meet your business banking needs. If you have any questions about these changes, please call our Business Customer Contact Center at 1.877.768.1145 or stop by your local branch.

## FREE BUSINESS CHECKING                    Statement Period 12/01/11 - 12/31/11

*UNION STREET CORRIDOR*                                          *Account #*
*COMMUNITY DEVELOPMENT CORP*

### Balances

| Beginning Balance | $106.93 | Ending Balance | $3,331.96 |
|---|---|---|---|
| Deposits/Credits | + $11,707.48 | Average Daily Balance | $4,175.66 |
| Withdrawals/Debits | - $8,482.45 | | |

### Checks Posted

| Check # | Date Paid | Amount | Reference | Check # | Date Paid | Amount | Reference |
|---|---|---|---|---|---|---|---|
| 1734 | 12/01 | $1,500.00 | 875673110 | 1775 | 12/22 | $400.00 | 878884010 |
| 1768* | 12/08 | $461.92 | 872254245 | 1776 | 12/20 | $95.00 | 877772380 |
| 1769 | 12/13 | $1,953.59 | 880104990 | 1777 | 12/20 | $330.00 | 877456460 |
| 1770 | 12/14 | $383.18 | 880933995 | 1778 | 12/20 | $50.00 | 877561770 |
| 1771 | 12/08 | $400.00 | 416228320 | 1779 | 12/21 | $445.00 | 878121700 |
| 1773* | 12/20 | $448.14 | 883251695 | 1780 | 12/28 | $412.00 | 885799120 |
| 1774 | 12/28 | $35.00 | 871707725 | 1783* | 12/27 | $400.00 | 827714530 |

**14 Check(s) Posted = $7,313.83**

An asterisk (*) indicates a skip in sequential check numbers.          An (E) indicates check was converted to an electronic item.



 Sovereign Bank is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. 2011 Sovereign Bank| Sovereign and its logo and Santander and its logo are registered trademarks of Sovereign Bank and Santander, respectively, or their affiliates or subsidiaries in the United States and other countries.



 Sovereign | Santander

## Account Activity

| Date | Description | Credits | Debits | Balance |
|------|-------------|---------|--------|---------|
| 12-01 | Beginning Balance | | | $106.93 |
| 12-01 | DEPOSIT | $3,411.72 | | $3,518.65 |
| 12-01 | CHECK        1734 | | $1,500.00 | $2,018.65 |
| 12-02 | DEPOSIT | $5,158.76 | | $7,177.41 |
| 12-08 | CHECK        1768 | | $461.92 | $6,715.49 |
| 12-08 | CHECK        1771 | | $400.00 | $6,315.49 |
| 12-08 | NGRID05 NGRID05WEB 120811 0239879004 | | $133.80 | $6,181.69 |
| 12-09 | DEPOSIT | $805.00 | | $6,986.69 |
| 12-09 | SOVEREIGN BANK LOAN TRANS | | $615.74 | $6,370.95 |
| 12-13 | ANALYSIS FEES ANALYSIS 113011 66904955607 | | $30.00 | $6,340.95 |
| 12-13 | CHECK        1769 | | $1,953.59 | $4,387.36 |
| 12-14 | CHECK        1770 | | $383.18 | $4,004.18 |
| 12-20 | CHECK        1773 | | $448.14 | $3,556.04 |
| 12-20 | NGRID05 NGRID05WEB 122011 2721407023 | | $389.08 | $3,166.96 |
| 12-20 | CHECK        1777 | | $330.00 | $2,836.96 |
| 12-20 | CHECK        1776 | | $95.00 | $2,741.96 |
| 12-20 | CHECK        1778 | | $50.00 | $2,691.96 |
| 12-21 | CHECK        1779 | | $445.00 | $2,246.96 |
| 12-22 | CHECK        1775 | | $400.00 | $1,846.96 |
| 12-27 | CHECK        1783 | | $400.00 | $1,446.96 |
| 12-28 | CHECK        1780 | | $412.00 | $1,034.96 |
| 12-28 | CHECK        1774 | | $35.00 | $999.96 |
| 12-30 | DEPOSIT | $2,332.00 | | $3,331.96 |
| 12-31 | Ending Balance | | | $3,331.96 |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
One Sovereign Way RI1 EPV 02 23
East Providence, RI 02915
Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt.
We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.





Statement Period 12/01/11 TO 12/31/11



# 1734   12/01/11   $1,500.00

# 1768   12/08/11   $461.92

# 1769   12/13/11   $1,953.59

# 1770   12/14/11   $383.18

# 1771   12/08/11   $400.00

# 1773   12/20/11   $448.14

# 1774   12/28/11   $35.00

# 1775   12/22/11   $400.00

# 1776   12/20/11   $95.00

# 1777   12/20/11   $330.00

# 1778   12/20/11   $50.00

# 1779   12/21/11   $445.00





*page 3 of 4*



**Statement Period 12/01/11 TO 12/31/11**



# 1780   12/28/11   $412.00          # 1783   12/27/11   $400.00

 **Sovereign** | **Santander**

**Santander Strong---**
Sovereign is part of Santander, "Global Bank of the Year."*

**Statement Period 01/01/12 TO 01/31/12**
**Primary Account #**

*For your convenience our Business
Customer Contact Center is available Monday
through Friday, 8:00 a.m. to 6:00 p.m.
and Saturday, 8:00 a.m. to 5:00 p.m.
Call us at 1-877-768-1145.
www.sovereignbank.com*

000001
UNION STREET CORRIDOR
COMMUNITY DEVELOPMENT CORP
298 UNION ST
LYNN MA 01901-1342

*0 0 0 0*
*7 0 34 0*

---

| FREE BUSINESS CHECKING | Statement Period 01/01/12 - 01/31/12 |
|---|---|

*UNION STREET CORRIDOR*
*COMMUNITY DEVELOPMENT CORP*

*Account #* 

## Balances

| Beginning Balance | $3,331.96 | Ending Balance | $5,272.31 |
|---|---|---|---|
| Deposits/Credits | + $6,860.72 | Average Daily Balance | $6,581.08 |
| Withdrawals/Debits | - $4,920.37 | | |

## Checks Posted

| Check # | Date Paid | Amount | Reference | Check # | Date Paid | Amount | Reference |
|---|---|---|---|---|---|---|---|
| 1772 | 01/19 | $1,000.00 | 885247900 | 1786 | 01/13 | $1,244.79 | 883385335 |
| 1782* | 01/03 | $72.92 | 887392355 | 1787 | 01/30 | $1,097.80 | 874311855 |
| 1784* | 01/05 | $418.00 | 874711795 | 1814* | 01/24 | $339.50 | 872695980 |
| 1785 | 01/10 | $131.62 | 882188165 | | | | |

**7 Check(s) Posted = $4,304.63**

An asterisk (*) indicates a skip in sequential check numbers.          An (E) indicates check was converted to an electronic item.

## Account Activity

| Date | Description | | Credits | Debits | Balance |
|---|---|---|---|---|---|
| 01-01 | **Beginning Balance** | | | | $3,331.96 |
| 01-03 | CHECK | 1782 | | $72.92 | $3,259.04 |
| 01-05 | CHECK | 1784 | | $418.00 | $2,841.04 |
| 01-06 | DEPOSIT | | $6,055.72 | | $8,896.76 |
| 01-09 | SOVEREIGN BANK LOAN TRANS | | | $615.74 | $8,281.02 |
| 01-10 | CHECK | 1785 | | $131.62 | $8,149.40 |
| 01-13 | DEPOSIT | | $805.00 | | $8,954.40 |
| 01-13 | CHECK | 1786 | | $1,244.79 | $7,709.61 |
| 01-19 | CHECK | 1772 | | $1,000.00 | $6,709.61 |
| 01-24 | CHECK | 1814 | | $339.50 | $6,370.11 |
| 01-30 | CHECK | 1787 | | $1,097.80 | $5,272.31 |
| 01-31 | **Ending Balance** | | | | $5,272.31 |





Sovereign Bank is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. | Sovereign and its logo and Santander and its logo are registered trademarks of Sovereign Bank and Santander, respectively, or their affiliates or subsidiaries in the United States and other countries. *According to *The Banker*, December, 2009.



### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK

ATTN: BUSINESS CUSTOMER CONTACT CENTER

One Sovereign Way RI1 EPV 02 23

East Providence, RI 02915

**Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt.
We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.**

**Important information about your Sovereign Debit Card**

The networks through which some of your Sovereign Debit Card purchases are processed have begun allowing merchants to process your purchases without either a signature or a PIN. If you are not required to enter your PIN when you make a purchase, your purchase may be processed either through the Visa network or through the STAR or NYCE networks. If your purchase is processed through STAR or NYCE, different terms apply and you will not be eligible for the rights and protections available through Visa. Please see your Business Deposit Account Agreement for more information.



Statement Period 01/01/12 TO 01/31/12



# 1772    01/19/12    $1,000.00

# 1782    01/03/12    $72.92

# 1784    01/05/12    $418.00

# 1785    01/10/12    $131.62

# 1786    01/13/12    $1,244.79

# 1787    01/30/12    $1,097.80

# 1814    01/24/12    $339.50





**Santander Strong---**
Sovereign is part of Santander, "Global Bank of the Year."*

**Statement Period 02/01/12 TO 02/29/12**
**Primary Account #** ▓▓▓▓▓▓

*For your convenience our Business
Customer Contact Center is available Monday
through Friday, 8:00 a.m. to 6:00 p.m.
and Saturday, 8:00 a.m. to 5:00 p.m.
Call us at 1-877-768-1145.
www.sovereignbank.com*

  0 0 0 0
  7 0 3 4 0

000001
UNION STREET CORRIDOR
COMMUNITY DEVELOPMENT CORP
298 UNION ST
LYNN MA 01901-1342



# Lock in Your Rates and Fees.
# Guaranteed for 2 Years.

With Sovereign Merchant Services, you can get the assurance you need by locking in your payment processing rates and fees for 2 years.[1] Guaranteed. Sign up today and get **rates as low as 1.69% + 20¢ per transaction.**[2] Lock in your program now!

Call **1.877.768.1145** or visit a **Sovereign Branch** for details!

## MAKE DEPOSITS FROM YOUR PLACE OF BUSINESS.



Sign up for Sovereign's Onsite Check
Deposit* Service and
**Get your first
3 Months of service Free***
(a $150 value)
**Plus get a
Complimentary Scanner!****



To learn more, speak with your
Small Business Specialist, call our
Business Customer Online Support
Center at **1.877.495.3246,** or visit
**www.sovereignbank.com/
onsitecheckdepositoffer.**

## Great Rates on Business Lending.



**Business Lines of Credit
as low as
Prime Rate + 0%
for 12 months!**[1]

Now is a great time to apply
for the business credit you need!
Call **1.877.768.1145** or visit
**sovereignbank.com/bizcredit** for details!




Sovereign Bank is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. | Sovereign and its
logo are registered trademarks of Sovereign Bank and Santander, respectively, or their affiliates or subsidiaries in the United States and other
countries. *According to *The Banker*, December, 2009.





| FREE BUSINESS CHECKING | Statement Period 02/01/12  -  02/29/12 |
|---|---|

UNION STREET CORRIDOR
COMMUNITY DEVELOPMENT CORP

*Account #*

## Balances

| Beginning Balance | $5,272.31 | Ending Balance | $74.16 |
|---|---|---|---|
| Deposits/Credits | + $6,864.72 | Average Daily Balance | $1,670.94 |
| Withdrawals/Debits | - $12,062.87 | | |

## Checks Posted

| Check # | Date Paid | Amount | Reference | Check # | Date Paid | Amount | Reference |
|---|---|---|---|---|---|---|---|
| 1788 | 02/03 | $3,583.36 | 876652185 | 1802 | 02/15 | $640.00 | 886735430 |
| 1801* | 02/21 | $400.00 | 887957555 | 1806* | 02/06 | $5,500.00 | 882655090 |

**4 Check(s) Posted = $10,123.36**

An asterisk (*) indicates a skip in sequential check numbers.       An (E) indicates check was converted to an electronic item.

## Account Activity

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 02-01 | **Beginning Balance** | | | $5,272.31 |
| 02-01 | NGRID05 NGRID05WEB 020112 7706631000 | | $1,119.34 | $4,152.97 |
| 02-01 | NGRID05 NGRID05WEB 020112 2721407023 | | $63.58 | $4,089.39 |
| 02-02 | DEPOSIT | $6,059.72 | | $10,149.11 |
| 02-03 | CHECK      1788 | | $3,583.36 | $6,565.75 |
| 02-06 | CHECK      1806 | | $5,500.00 | $1,065.75 |
| 02-09 | DEPOSIT | $805.00 | | $1,870.75 |
| 02-09 | SOVEREIGN BANK LOAN TRANS | | $615.74 | $1,255.01 |
| 02-15 | CHECK      1802 | | $640.00 | $615.01 |
| 02-17 | NGRID05 NGRID05WEB 021712 0239879004 | | $140.85 | $474.16 |
| 02-21 | CHECK      1801 | | $400.00 | $74.16 |
| 02-29 | **Ending Balance** | | | $74.16 |

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK

ATTN: BUSINESS CUSTOMER CONTACT CENTER

One Sovereign Way RI1 EPV 02 23

East Providence, RI 02915

**Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.**

### Important information about your Sovereign Debit Card

The networks through which some of your Sovereign Debit Card purchases are processed have begun allowing merchants to process your purchases without either a signature or a PIN. If you are not required to enter your PIN when you make a purchase, your purchase may be processed either through the Visa network or through the STAR or NYCE networks. If your purchase is processed through STAR or NYCE, different terms apply and you will not be eligible for the rights and protections available through Visa. Please see your Business Deposit Account Agreement for more information.



Statement Period 02/01/12 TO 02/29/12



# 1788   02/03/12   $3,583.36

# 1801   02/21/12   $400.00

# 1802   02/15/12   $640.00

# 1806   02/06/12   $5,500.00



 Sovereign | Santander

**Statement Period 03/01/12 TO 03/31/12**
**Primary Account #**

*For your convenience our Business
Customer Contact Center is available Monday
through Friday, 8:00 a.m. to 6:00 p.m.
and Saturday, 8:00 a.m. to 5:00 p.m.
Call us at 1-877-768-1145.
www.sovereignbank.com*

*0 0 0 0*
*7 0 3 4 0*

000001
UNION STREET CORRIDOR
COMMUNITY DEVELOPMENT CORP
298 UNION ST
LYNN MA 01901-1342

---

## FREE BUSINESS CHECKING                    Statement Period 03/01/12  -  03/31/12

*UNION STREET CORRIDOR*                                      *Account #*
*COMMUNITY DEVELOPMENT CORP*

### Balances

| | | | |
|---|---|---|---|
| Beginning Balance | $74.16 | Ending Balance | $1,783.23 |
| Deposits/Credits | + $9,402.79 | Average Daily Balance | $4,709.80 |
| Withdrawals/Debits | - $7,693.72 | | |

### Checks Posted

| Check # | Date Paid | Amount | Reference | Check # | Date Paid | Amount | Reference |
|---|---|---|---|---|---|---|---|
| 1790 | 03/12 | $520.00 | 847135320 | 1800* | 03/19 | $2,394.94 | 877023935 |
| 1796* | 03/20 | $1,006.25 | 881385125 | 1803* | 03/13 | $441.06 | 874744950 |
| 1797 | 03/28 | $1,997.20 | 884407450 | | | | |

**5 Check(s) Posted = $6,359.45**

An asterisk (*) indicates a skip in sequential check numbers.          An (E) indicates check was converted to an electronic item.

### Account Activity

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 03-01 | **Beginning Balance** | | | $74.16 |
| 03-01 | DEPOSIT | $3,411.72 | | $3,485.88 |
| 03-08 | DEPOSIT | $4,191.07 | | $7,676.95 |
| 03-08 | NGRID05 NGRID05WEB 030812 2721407023 | | $80.25 | $7,596.70 |
| 03-08 | NGRID05 NGRID05WEB 030812 5213892002 | | $56.79 | $7,539.91 |
| 03-09 | SOVEREIGN BANK LOAN TRANS | | $615.74 | $6,924.17 |
| 03-12 | CHECK          1790 | | $520.00 | $6,404.17 |
| 03-13 | CHECK          1803 | | $441.06 | $5,963.11 |
| 03-15 | DEPOSIT | $1,800.00 | | $7,763.11 |
| 03-19 | CHECK          1800 | | $2,394.94 | $5,368.17 |
| 03-20 | CHECK          1796 | | $1,006.25 | $4,361.92 |
| 03-22 | VERIZON MAIN VRU BILL PAY 120321 4683148411 | | $577.99 | $3,783.93 |
| 03-22 | BILLMATRIX BILL PAY 120321 4683148412 | | $3.50 | $3,780.43 |
| 03-28 | CHECK          1797 | | $1,997.20 | $1,783.23 |
| 03-31 | **Ending Balance** | | | $1,783.23 |





Sovereign Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. 2012 Sovereign
Bank, N.A. | Sovereign and Santander and its logo are  registered trademarks of Sovereign Bank, N.A. and
Banco Santander, S.A. respectively, or their affiliates or subsidiaries in the United States and other countries.



IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
One Sovereign Way RI1 EPV 02 23
East Providence, RI 02915
Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt.
We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.



 

Statement Period 03/01/12 TO 03/31/12



# 1790    03/12/12    $520.00

# 1796    03/20/12    $1,006.25

# 1797    03/28/12    $1,997.20

# 1800    03/19/12    $2,394.94

# 1803    03/13/12    $441.06





Statement Period 04/01/12 TO 04/30/12
Primary Account #

*For your convenience our Business
Customer Contact Center is available Monday
through Friday, 8:00 a.m. to 6:00 p.m.
and Saturday, 8:00 a.m. to 5:00 p.m.
Call us at 1-877-768-1145.
www.sovereignbank.com*

0 0 0 0
7 0 3 4 0

000001
UNION STREET CORRIDOR
COMMUNITY DEVELOPMENT CORP
298 UNION ST
LYNN MA 01901-1342

## Let Us Help You Manage Your Most Valuable Asset—Your People

• Expert set-up done for you by a payroll specialist
• Pay with direct deposit, paper checks, or pay card
• Process by phone, online or on ADP's mobile app
• Assistance with tax agency inquiries
• Live Support just a phone call away

BE ASSURED—If ADP makes a tax filing error, in most cases,
they will pay the resulting penalties for you!



**Get Started Today!** Stop by a branch and ask your Small Business Specialist, Branch Manager, Business Banking
Relationship Manager or call us at **1.877.768.1145**.

# Get the credit you deserve for your business.



For a limited time, you can get 1% off our everyday low interest rates on our business lines of credit.[1]
Small business owners can also apply for commercial real estate loans up to $750,000 with no origination fee,[2]
a potential savings of up to $7,500.
To take advantage of these great offers, call the number at the top of this statement
or visit **sovereignbank.com/bizcredit**.

## Save For Your Business With a Competitive Rate

Open a Sovereign Business Money Market Savings account and the more you save the more you'll earn.
Plus you can use it to protect against checking overdrafts.

**Let your excess funds work for you:**
• Get a great rate
• Enjoy check-writing privileges
• Get transfer capabilities between accounts
• Your business's money is FDIC-insured up to $250,000

**Open an account online today** or for more information about our Business Money Savings account, visit
**sovereignbank.com/business**, call **1.877.768.1145** or contact your Business Banking Relationship Manager.







Sovereign Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. 2012 Sovereign
Bank, N.A. | Sovereign and Santander and its logo are  registered trademarks of Sovereign Bank, N.A. and
Banco Santander, S.A. respectively, or their affiliates or subsidiaries in the United States and other countries.



Sovereign  Santander

## FREE BUSINESS CHECKING | Statement Period 04/01/12 - 04/30/12

*UNION STREET CORRIDOR*      *Account #*
*COMMUNITY DEVELOPMENT CORP*

### Balances

| | | | |
|---|---|---|---|
| Beginning Balance | $1,783.23 | Ending Balance | $4,230.95 |
| Deposits/Credits | + $10,861.44 | Average Daily Balance | $3,172.39 |
| Withdrawals/Debits | - $8,413.72 | | |

### Checks Posted

| Check # | Date Paid | Amount | Reference | Check # | Date Paid | Amount | Reference |
|---|---|---|---|---|---|---|---|
| 0 | 04/06 | $433.54 | 888448265 | 1808 | 04/19 | $292.16 | 884291720 |
| 1791* | 04/09 | $480.25 | 888912525 | 1809 | 04/10 | $758.96 | 876870235 |
| 1792 | 04/02 | $285.00 | 873510185 | 1810 | 04/11 | $145.00 | 881139025 |
| 1798* | 04/02 | $570.00 | 844494755 | 1811 | 04/26 | $1,997.20 | 874649520 |
| 1799 | 04/05 | $412.00 | 888009240 | 1812 | 04/13 | $2,000.00 | 882087560 |
| 1807* | 04/05 | $25.00 | 887821845 | | | | |

**11 Check(s) Posted = $7,399.11**

An asterisk (*) indicates a skip in sequential check numbers.      An (E) indicates check was converted to an electronic item.

### Account Activity

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 04-01 | **Beginning Balance** | | | $1,783.23 |
| 04-02 | CHECK       1798 | | $570.00 | $1,213.23 |
| 04-02 | CHECK       1792 | | $285.00 | $928.23 |
| 04-05 | DEPOSIT | $6,934.72 | | $7,862.95 |
| 04-05 | CHECK       1799 | | $412.00 | $7,450.95 |
| 04-05 | CHECK       1807 | | $25.00 | $7,425.95 |
| 04-06 | CHECK | | $433.54 | $6,992.41 |
| 04-09 | SOVEREIGN BANK LOAN TRANS | | $615.74 | $6,376.67 |
| 04-09 | CHECK       1791 | | $480.25 | $5,896.42 |
| 04-10 | CHECK       1809 | | $758.96 | $5,137.46 |
| 04-11 | NGRID05 NGRID05WEB 041112 0239879004 | | $300.26 | $4,837.20 |
| 04-11 | CHECK       1810 | | $145.00 | $4,692.20 |
| 04-11 | NGRID05 NGRID05WEB 041112 2721407023 | | $68.61 | $4,623.59 |
| 04-12 | DEPOSIT | $145.00 | | $4,768.59 |
| 04-12 | ANALYSIS FEES ANALYSIS 033112 66904955607 | | $30.00 | $4,738.59 |
| 04-13 | CHECK       1812 | | $2,000.00 | $2,738.59 |
| 04-19 | CHECK       1808 | | $292.16 | $2,446.43 |
| 04-24 | DEPOSIT | $370.00 | | $2,816.43 |
| 04-26 | CHECK       1811 | | $1,997.20 | $819.23 |
| 04-30 | DEPOSIT | $3,411.72 | | $4,230.95 |
| 04-30 | **Ending Balance** | | | $4,230.95 |



---

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
One Sovereign Way RI1 EPV 02 23
East Providence, RI 02915
Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt.
We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.

---






Sovereign    Santander

Statement Period 04/01/12 TO 04/30/12

04/06/12   $433.54

# 1791   04/09/12   $480.25

# 1792   04/02/12   $285.00

# 1798   04/02/12   $570.00

# 1799   04/05/12   $412.00

# 1807   04/05/12   $25.00

# 1808   04/19/12   $292.16

# 1809   04/10/12   $758.96

# 1810   04/11/12   $145.00

# 1811   04/26/12   $1,997.20

# 1812   04/13/12   $2,000.00



Statement Period 05/01/12 TO 05/31/12

Primary Account #

*For your convenience our Business
Customer Contact Center is available Monday
through Friday, 8:00 a.m. to 6:00 p.m.
and Saturday, 8:00 a.m. to 5:00 p.m.
Call us at 1-877-768-1145.
www.sovereignbank.com*

100000   00000001

UNION STREET CORRIDOR COMMUNIT
298 UNION ST
LYNN MA 01901-1342

0 0 0 0
7 0 3 4 0



## Small Business.
# BIG BENEFITS.

RIGHT NOW, GET
SPECIAL OFFERS ON 3
OF OUR BEST SERVICES.

### 1 ONSITE CHECK DEPOSIT
Make deposits directly
from your place of business.

### 2 MERCHANT SERVICES
Fast, easy, cost-effective credit card
payment processing.

### 3 PAYROLL SERVICES
Let us help you manage your most
valuable asset—your people.

**Think big with services that will save your company time and money.** Take advantage
of these great offers today! Contact your Small Business Specialist or Branch Manager, call
**1.877.768.1145**, or visit **sovereignbank.com/businessserviceoffers.**



 

Sovereign Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. 2012 Sovereign
Bank, N.A. | Sovereign and Santander and its logo are  registered trademarks of Sovereign Bank, N.A. and
Banco Santander, S.A. respectively, or their affiliates or subsidiaries in the United States and other countries.



## FREE BUSINESS CHECKING

Statement Period 05/01/12 - 05/31/12

RICHARD REHAL ORG OFF
STEVEN GODFREY ORG OFF
UNION STREET CORRIDOR COMMUNIT
Y DEVELOPMENT CORP

*Account #*

### Balances

| | | | |
|---|---|---|---|
| Beginning Balance | $4,230.95 | Ending Balance | $494.78 |
| Deposits/Credits | + $4,753.00 | Average Daily Balance | $2,607.91 |
| Withdrawals/Debits | - $8,489.17 | | |

### Checks Posted

| Check # | Date Paid | Amount | Reference | Check # | Date Paid | Amount | Reference |
|---|---|---|---|---|---|---|---|
| 0 | 05/17 | $785.63 | 874283280 | 1815* | 05/15 | $2,112.40 | 885010375 |
| 1805* | 05/01 | $3,411.72 | 888765775 | 1817* | 05/31 | $663.68 | 881693105 |
| 1813* | 05/04 | $570.00 | 842917085 | | | | |

5 Check(s) Posted = $7,543.43

An asterisk (*) indicates a skip in sequential check numbers.    An (E) indicates check was converted to an electronic item.

### Account Activity

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 05-01 | **Beginning Balance** | | | $4,230.95 |
| 05-01 | CHECK 1805 | | $3,411.72 | $819.23 |
| 05-02 | DEPOSIT | $2,648.00 | | $3,467.23 |
| 05-02 | DEPOSIT | $1,200.00 | | $4,667.23 |
| 05-04 | CHECK 1813 | | $570.00 | $4,097.23 |
| 05-08 | DEPOSIT | $805.00 | | $4,902.23 |
| 05-09 | SOVEREIGN BANK LOAN TRANS | | $615.74 | $4,286.49 |
| 05-11 | ANALYSIS FEES ANALYSIS 043012 66904955607 | | $30.00 | $4,256.49 |
| 05-15 | CHECK 1815 | | $2,112.40 | $2,144.09 |
| 05-17 | CHECK 1816 | | $785.63 | $1,358.46 |
| 05-25 | CASH DEPOSIT | $100.00 | | $1,458.46 |
| 05-29 | DELL FINANCIAL DELLPAY 120525 000000311737281 | | $300.00 | $1,158.46 |
| 05-31 | CHECK 000000001817 | | $663.68 | $494.78 |
| 05-31 | **Ending Balance** | | | $494.78 |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
One Sovereign Way RI1 EPV 02 23
East Providence, RI 02915
Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt.
We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.











 

Statement Period 06/01/12 TO 06/29/12
Primary Account #

For your convenience our Business
Customer Contact Center is available Monday
through Friday, 8:00 a.m. to 6:00 p.m.
and Saturday, 8:00 a.m. to 5:00 p.m.
Call us at 1-877-768-1145.
www.sovereignbank.com

00000180  MSBR3778070  16  0000
UNION STREET CORRIDOR COMMUNIT                                     0 0 0 0
298 UNION ST                                                      7 0 29 0
LYNN MA 01901-1342

## GET YOUR EXCESS FUNDS WORKING FOR YOU.

### Earn up to 0.80% APY* on your business balances.

At Sovereign, the more you save the more you earn!

| APY* | Qualifying Balances¹ |
|------|----------------------|
| Earn 0.80% | $100,000 or more |
| Earn 0.70% | Between $50,000 and $99,999 |
| Earn 0.60% | Between $10,000 and $49,999 |

Your company's money is FDIC-insured.²

Open an account online³ today via
sovereignbank.com/business,
visit your local branch or call us
at 1.877.768.1145.



Sovereign Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. © 2012 Sovereign Bank, N.A. | Sovereign and Santander and its logo are registered trademarks of Sovereign Bank, N.A. and Banco Santander, S.A. respectively, or their affiliates or subsidiaries in the United States and other countries. *Annual Percentage Yield (APY) as of 6/2/2012. All rates are subject to change without notice, are available for new accounts only, and may change after account opening. Domestic and Foreign financial institutions and deposit brokers are not eligible for this offer. For more details, contact your local Sovereign Branch.
1. Balances below $10,000 earn an APY of 0.20%. A minimum opening deposit of $50 is required. Monthly fee waived for business checking customers. See your Business Deposit Account Fee Schedule for details. 2. Please visit www.fdic.gov for details. 3. Business Money Market Account online opening available for business owners of Business Checking, Business Checking Plus, Business Interest Checking, and Free Business Checking. 1207MOMA

## FREE BUSINESS CHECKING                    Statement Period 06/01/12 - 06/29/12

*RICHARD REHAL ORG OFF*
*STEVEN GODFREY ORG OFF*
*UNION STREET CORRIDOR COMMUNIT*
*Y DEVELOPMENT CORP*

### Balances

| | | | |
|---|---|---|---|
| Beginning Balance | $494.78 | Ending Balance | $1,727.89 |
| Deposits/Credits | + $9,748.69 | Average Daily Balance | $3,499.70 |
| Withdrawals/Debits | - $8,515.58 | | |

### Checks Posted

| Check # | Date Paid | Amount | Reference | Check # | Date Paid | Amount | Reference |
|---------|-----------|--------|-----------|---------|-----------|--------|-----------|
| 1818 | 06/12 | $570.00 | 844229905 | 1894 | 06/11 | $1,000.00 | 873908410 |
| 1825* | 06/25 | $1,200.00 | 881435220 | 1895 | 06/21 | $2,000.00 | 880644250 |
| 1893* | 06/08 | $2,097.06 | 884908586 | | | | |

An asterisk (*) indicates a skip in sequential check numbers.

**5 Check(s) Posted = $6,867.06**
An (E) indicates check was converted to an electronic item.

### Account Activity

| Date | Description | Credits | Debits | Balance |
|------|-------------|---------|--------|---------|
| 06-01 | Beginning Balance | | | $494.78 |
| 06-01 | DEPOSIT | $4,611.72 | | $5,106.50 |
| 06-07 | DEPOSIT | $3,453.00 | | $8,559.50 |
| 06-08 | CHECK 000000001893 | | $2,097.06 | $6,462.44 |
| 06-11 | CHECK 000000001894 | | $1,000.00 | $5,462.44 |
| 06-11 | SOVEREIGN BANK LOAN TRANS000000 0000000000000012 | | $615.74 | $4,846.70 |
| 06-11 | FIS*VERIZON BILL PAY 120608 9855088811 | | $275.00 | $4,571.70 |

 

*page 1 of 3*

Sovereign Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. © 2012 Sovereign Bank, N.A. | Sovereign and Santander and its logo are registered trademarks of Sovereign Bank, N.A. and Banco Santander, S.A. respectively, or their affiliates or subsidiaries in the United States and other countries.



00000180-0151629-0001-0003-MSBR3778070-16-L

 

## Account Activity (Cont. for Acct# ▓▓▓▓)

| Date | Description | Credits | Debits | Balance |
|------|-------------|---------|--------|---------|
| 06-11 | BILLMATRIX BILLPAYFEE120608 9855088812 | | $3.50 | $4,568.20 |
| 06-12 | CHECK 000000001818 | | $570.00 | $3,998.20 |
| 06-14 | FEES FOR ACCOUNT ANALYSIS 05/31/12 | | $0.22 | $3,997.98 |
| 06-15 | NGRID05 NGRID05WEB061512 2721407023 | | $289.34 | $3,708.64 |
| 06-15 | NGRID05 NGRID05WEB061512 0229879004 | | $289.10 | $3,419.54 |
| 06-15 | NGRID05 NGRID05WEB061512 5213892002 | | $175.62 | $3,243.92 |
| 06-21 | CHECK 000000001895 | | $2,000.00 | $1,243.92 |
| 06-25 | CHECK 000000001825 | | $1,200.00 | $43.92 |
| 06-29 | DEPOSIT | $1,683.75 | | $1,727.67 |
| 06-29 | Refund May Account Analysis Cash Fee | $0.22 | | $1,727.89 |
| 06-29 | Ending Balance | | | $1,727.89 |

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
One Sovereign Way RI1 EPV 02 23
East Providence, RI 02915

**Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.**

00000180-0151630-0002-0003-MSBR377807o-16-L









# 1893   06/08/12   $2,097.06

# 1895   06/21/12   $2,000.00

# 1894   06/11/12   $1,000.00

# 1825   06/25/12   $1,200.00

# 1818   06/12/12   $570.00



00000180-0151631-0003-0003-MSBR3778070-16-L



 

Statement Period 06/30/12 TO 07/31/12
Primary Account #██████

For your convenience our Business
Customer Contact Center is available Monday
through Friday, 8:00 a.m. to 6:00 p.m.
and Saturday, 8:00 a.m. to 5:00 p.m.
Call us at 1-877-768-1145.
www.sovereignbank.com

00000154  MSBR3778080  14  0000
**UNION STREET CORRIDOR COMMUNIT**
**298 UNION ST**
**LYNN MA 01901-1342**

0 0 0 0
7 0 34 0

**GET YOUR EXCESS FUNDS WORKING FOR YOU.**

**Earn up to 0.80% APY\* on your business balances.**

At Sovereign, the more you save the more you earn!

| APY\* | Qualifying Balances¹ |
|---|---|
| Earn 0.80% | $100,000 or more |
| Earn 0.70% | Between $50,000 and $99,999 |
| Earn 0.60% | Between $10,000 and $49,999 |

Your company's money is FDIC-insured.²

Open an account online³ today via
**sovereignbank.com/business**,
visit your **local branch** or call us
at **1.877.768.1145.**



Sovereign Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. © 2012 Sovereign Bank, N.A. | Sovereign and Santander and its logo are registered trademarks of Sovereign Bank, N.A. and Banco Santander, S.A. respectively, or their affiliates or subsidiaries in the United States and other countries. *Annual Percentage Yield (APY) as of 6/2/2012. All rates are subject to change without notice, are available for new accounts only, and may change after account opening. Domestic and foreign financial institutions and deposit brokers are not eligible for this offer. For more details, contact your local Sovereign Branch.
1. Balances below $10,000 earn an APY of 0.20%. A minimum opening deposit of $50 is required. Monthly fee waived for business checking customers. See your Business Deposit Account Fee Schedule for details. 2. Please visit www.fdic.gov for details. 3. Business Money Market Account online opening available for business owners of Business Checking, Business Checking Plus, Business Interest Checking, and Free Business Checking only.    1207MOMA

**Apply for business credit you need!**
**As low as Prime Rate +1% for the first 12 months.¹**



At Sovereign Bank, we are dedicated to helping your business succeed. That's why for a limited time, you could get a Business Line of Credit as low as **Prime Rate + 1% for the first 12 months.¹** With Sovereign's current Prime Rate at 3.25%, that translates into a potential 4.25% interest rate for the first year of your line of credit!²

To apply for these great rates, stop by any **Sovereign Branch**, call **1.877.768.1145**, or visit **sovereignbank.com/bizcredit.**

Financing is available to qualified business applicants only. To apply, a signed and completed application, and any other information Sovereign Bank, N.A. ("Sovereign Bank") may request as part of the application process, must be received by Sovereign Bank by the offer end dates listed below. Not-for-profit organizations or organizations that have or will have total Sovereign Bank credit exposure of more than $75,000 will be required to submit financial statements. The terms, offers, and rates listed here are non-transferable; for business customers with revenues up to $3 Million only; and are subject to the underwriting and credit rules, policies, guidelines, and criteria of Sovereign Bank, which are determined by Sovereign Bank in its sole discretion and are subject to change without notice. The terms, offers, and rates listed here do not apply to (i) any existing Sovereign Bank lines of credit; (ii) any Sovereign Bank lines of credit applied for prior to July 1, 2012; or (iii) any U.S. Small Business Administration (SBA) guaranteed lines of credit.
(1) Depending on credit worthiness, approved applicants will receive a variable interest rate for 12 months following the closing of the loan based on either (i) Sovereign Bank's Prime Rate + 1% or (ii) Sovereign Bank's Prime Rate + 2%. Offer ends August 17, 2012. "Prime" or "Prime Rate" means a variable per annum rate of interest selected by Sovereign Bank from time to time as its Prime Rate. Sovereign Bank's Prime Rate is subject to change without prior notice and may not be the lowest or most favorable rate of interest offered by it. These rate discounts are subject to the terms and conditions of the loan documents. Beginning on the first anniversary date of the closing of the credit facility, the interest rate for all continuing lines of credit under the promotions indicated here will be based on Sovereign Bank's Prime Rate plus a margin set forth in the document you will sign evidencing the credit facility.
(2) Sovereign Bank's Prime Rate is 3.25% as of 6/11/12.    1207BIZC



Sovereign Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. © 2012 Sovereign Bank, N.A. | Sovereign and Santander and its logo are registered trademarks of Sovereign Bank, N.A. and Banco Santander, S.A. respectively, or their affiliates or subsidiaries in the United States and other countries.

 

00000154-0131274-0001-0003-MSBR3778080-14-L_SAS

 

 

| FREE BUSINESS CHECKING | Statement Period 06/30/12 - 07/31/12 |

RICHARD REHAL ORG OFF
STEVEN GODFREY ORG OFF
UNION STREET CORRIDOR COMMUNIT
Y DEVELOPMENT CORP

Account #

## Balances

| Beginning Balance | $1,727.89 | Ending Balance | $20.21 |
|---|---|---|---|
| Deposits/Credits | + $7,078.54 | Average Daily Balance | $1,058.48 |
| Withdrawals/Debits | - $8,786.22 | | |

## Checks Posted

| Check # | Date Paid | Amount | Reference | Check # | Date Paid | Amount | Reference |
|---|---|---|---|---|---|---|---|
| 1 | 07/06 | $631.87 | 885582070 | 1827 | 07/06 | $2,000.00 | 874541030 |
| 1819* | 07/09 | $285.00 | 886451845 | 1828 | 07/10 | $2,000.00 | 886706170 |
| 1820 | 07/12 | $156.01 | 876842920 | 1896* | 07/09 | $75.00 | 874905800 |
| 1821 | 07/09 | $220.68 | 875028120 | 1897 | 07/10 | $2,196.92 | 875910635 |
| 1826* | 07/09 | $570.00 | 845977445 | | | | |

An asterisk (*) indicates a skip in sequential check numbers.

9 Check(s) Posted = $8,135.48
An (E) indicates check was converted to an electronic item.

## Account Activity

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 06-30 | Beginning Balance | | | $1,727.89 |
| 07-05 | DEPOSIT | $3,070.54 | | $4,798.43 |
| 07-06 | DEPOSIT | $3,833.00 | | $8,631.43 |
| 07-06 | CHECK 000000001827 | | $2,000.00 | $6,631.43 |
| 07-06 | CHECK 000000000001 | | $631.87 | $5,999.56 |
| 07-09 | SOVEREIGN BANK LOAN TRANS000000 0000000000000012 | | $615.74 | $5,383.82 |
| 07-09 | CHECK 000000001826 | | $570.00 | $4,813.82 |
| 07-09 | CHECK 000000001819 | | $285.00 | $4,528.82 |
| 07-09 | CHECK 000000001821 | | $220.68 | $4,308.14 |
| 07-09 | CHECK 000000001896 | | $75.00 | $4,233.14 |
| 07-10 | CHECK 000000001897 | | $2,196.92 | $2,036.22 |
| 07-10 | CHECK 000000001828 | | $2,000.00 | $36.22 |
| 07-12 | CHECK 000000001820 | | $156.01 | -$119.79 |
| 07-12 | INSUFFICIENT FUNDS FEE - ITEM PAID | | $35.00 | -$154.79 |
| 07-25 | DEPOSIT | $175.00 | | $20.21 |
| 07-31 | Ending Balance | | | $20.21 |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
One Sovereign Way R11 EPV 02 23
East Providence, RI 02915

Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.

00000154-0131275-0002-0003-MSBR3778080-14-L SAS









# 1   07/06/12   $631.87

# 1819   07/09/12   $285.00

# 1820   07/12/12   $156.01

# 1821   07/09/12   $220.68

# 1826   07/09/12   $570.00



# 1827   07/06/12   $2,000.00

# 1828   07/10/12   $2,000.00

# 1896   07/09/12   $75.00

# 1897   07/10/12   $2,196.92

0000015-4-0131276-0003-0003-MSBR3778080-14-I_SAS







Statement Period 08/01/12 TO 08/31/12
Primary Account #

For your convenience our Business
Customer Contact Center is available Monday
through Friday, 8:00 a.m. to 6:00 p.m.
and Saturday, 8:00 a.m. to 5:00 p.m.
Call us at 1-877-768-1145.
www.sovereignbank.com

00000196  MSBR3778090  19  0000
**UNION STREET CORRIDOR COMMUNIT**
**298 UNION ST**
**LYNN MA 01901-1342**

0 0 0 0
7 0 34 0



# Grow Your Business with a Great Rate

**Equipment Financing 4.99%***
Fixed Rate up to 60 Months!*

ASK A REPRESENTATIVE FOR DETAILS.

*Financing is only available (i) to qualified business applicants with revenues up to $3 million, and (ii) for business equipment authorized for financing according to the policies of Sovereign Bank, N.A. ("Sovereign Bank"). Minimum lease amount is $5,000.00. A signed and completed application, and any other information Sovereign Bank may request as part of the application process, must be received by Sovereign Bank by September 30, 2012, before a credit decision can be rendered. Qualification for financing, and all terms, offers, and rates are subject to the underwriting and credit rules, policies, guidelines, and criteria of Sovereign Bank, which are determined by Sovereign Bank in its sole discretion and are subject to change without notice. Offer not applicable to business equipment finance leases currently in existence or applied for prior to August 18, 2012. Approved business applicants will receive a fixed interest rate of 4.99% on business equipment finance leases for terms ranging from 24 months to 60 months, with such payment terms determined by Sovereign Bank pursuant to its underwriting and credit rules, policies, and guidelines. This fixed rate is subject to the terms and conditions of the lease documents. NT710 812

## GET YOUR EXCESS FUNDS WORKING FOR YOU.

**Earn up to 0.80% APY*** on your business balances.
At Sovereign, the more you save the more you earn!

| APY* | Qualifying Balances³ |
|------|---------------------|
| Earn 0.80% | $100,000 or more |
| Earn 0.70% | Between $50,000 and $99,999 |
| Earn 0.60% | Between $10,000 and $49,999 |

Your company's money is FDIC-insured.²

Open an account online³ today via
**sovereignbank.com/business**,
visit your **local branch** or call us
at **1.877.768.1145.**




Sovereign Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. © 2012 Sovereign Bank, N.A. I Sovereign and Santander and its logo are registered trademarks of Sovereign Bank, N.A. and Banco Santander, S.A. respectively, or their affiliates or subsidiaries in the United States and other countries. *Annual Percentage Yield (APY) as of 6/2/2012. All rates are subject to change without notice, are available for new accounts only, and may change after account opening. Domestic and foreign financial institutions and deposit brokers are not eligible for this offer. For more details, contact your local Sovereign Branch.
1. Balances below $10,000 earn an APY of 0.20%. A minimum opening deposit of $50 is required.  Monthly fee waived for business checking customers. See your Business Deposit Account Fee Schedule for details.  2. Please visit www.fdic.gov for details. 3. Business Money Market Account online opening available for business owners of Business Checking, Business Checking Plus, Business Interest Checking, and Free Business Checking only. 1207MOMA




Sovereign Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. © 2012 Sovereign Bank, N.A. I Sovereign and Santander and its logo are registered trademarks of Sovereign Bank, N.A. and Banco Santander, S.A. respectively, or their affiliates or subsidiaries in the United States and other countries.



00000196-018170400010004-MSBR3778090-19-L_SAS



# Small Business.
# BIG BENEFITS.

**RIGHT NOW, GET SPECIAL OFFERS ON 3 OF OUR BEST SERVICES.**

| 1 | 2 | 3 |
|---|---|---|
| Save time and money by sending wires and ACH payments directly from your computer. | Fast, easy, cost-effective payment processing. | Let us help you manage your most valuable asset—your people. |
| 2 months outgoing domestic wire fees waived | Up to 3 months of processing fees waived or $100 credit, whichever comes first! | Receive up to a $200 credit in processing fees |
| 2 months ACH processing fees waived | $100 gift card! | |

**Think big with services that will save your company time and money.** Take advantage of these great offers today!
Contact your Small Business Specialist or Branch Manager, call 1.877.768.1145, or visit sovereignbank.com/businessserviceoffers.

All offers are available to small business customers with revenues up to $3MM only. 1 Offer is good for all new online wire customers set up between August 18 and September 30, 2012. Applies to domestic outgoing online wires only. Customer must sign up for or have business online banking. Once a customer has been approved and set up for online wires, they will receive 60 days of unlimited outgoing online domestic wires with no fee. This fee is normally $22 per outgoing online domestic wire. The Online ACH module monthly fee of $40 is waived for Business Checking and Business Checking Plus customers. Sovereign Free Business Checking and Sovereign Business Interest Checking customers will qualify for two months of waived monthly module fees, then the $40 module fee will be assessed. No other Sovereign business checking account types qualify for this offer. Other fees may apply. Refer to the Sovereign Business Deposit Fee schedule for details. 2 Offer is good for all new online ACH customers set up between August 18 and September 30, 2012. The ACH item originated fee of $0.15 per item will be waived for 60 days for pre-funded online ACH transmissions only. Customer must sign up for or have business online banking. The ACH module monthly fee of $40 is waived for Business Checking and Business Checking Plus customers. Sovereign Free Business Checking and Sovereign Business Interest Checking customers will qualify for two months of waived monthly module fees, then the $40 module fee will be assessed. No other Sovereign business checking account types qualify for this offer. Other fees may apply. Refer to the Sovereign Business Deposit Fee schedule for details. 3 You will receive a credit to your account for card processing fees over the first 3 months or earlier, up to the maximum $100 credit, whichever occurs first. For a typical merchant, this means an average three months of waived credit and debit card processing fees. Normal fees will apply after the three month period or after the $100 of waived processing fees are used, whichever comes first. Some restrictions may apply. Stated offer is valid for new Sovereign Merchant Services customers from August 18, 2012, through September 30, 2012, who are actively processing on or before October 31. 4 Limit one $100 gift card per approved merchant location. Please allow 8 weeks after account activation for your gift card. Stated offer is valid for new Sovereign Merchant Services customers from August 18, 2012, through September 30, 2012, who are actively processing on or before October 31. 5 In order to receive credit, a sales order must be submitted by September 30, 2012, start processing payroll by October 30, 2012 and continue processing for three consecutive months. Credit will be in the amount of $200 for Clients on the "Enhanced" payroll bundle or the "Complete" payroll bundle. Credit will be issued to clients in good standing after the three months of processing. Eligible companies must have 2-99 employees and use Direct Debit of Fees. Eligible clients will receive a deposit to Client's authorized bank account as indicated on the Client Account Agreement. Can't be combined with any other promotions and only available to new ADP Clients using RUN Powered by ADP® in the Continental U.S. ©2012 ADP, Inc. ADP and the ADP Logo are registered trademarks of ADP, Inc. Run Powered by ADP is a registered service mark of ADP, Inc. N1711 8/12


00000196-0181705-0002-0004-MSBR3778090-19-L_SAS

## FREE BUSINESS CHECKING

**Statement Period 08/01/12 - 08/31/12**

*UNION STREET CORRIDOR COMMUNITY DEVELOPMENT CORP*

**Account**

### Balances

| | | | |
|---|---|---|---|
| Beginning Balance | $20.21 | Ending Balance | $0.66 |
| Deposits/Credits | + $8,844.72 | Average Daily Balance | $2,212.14 |
| Withdrawals/Debits | - $8,864.37 | | |

### Checks Posted

| Check # | Date Paid | Amount | Reference | Check # | Date Paid | Amount | Reference |
|---|---|---|---|---|---|---|---|
| 1829 | 08/06 | $1,997.20 | 875370805 | 1831 | 08/29 | $2,433.31 | 872040930 |
| 1830 | 08/03 | $1,672.00 | 847073155 | 1833* | 08/13 | $2,000.00 | 894544395 |

An asterisk (*) indicates a skip in sequential check numbers.

**4 Check(s) Posted = $8,102.51**

An (E) indicates check was converted to an electronic item.

### Account Activity

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 08-01 | Beginning Balance | | | $20.21 |
| 08-01 | DEPOSIT | $4,611.72 | | $4,631.93 |
| 08-03 | CHECK 000000001830 | | $1,672.00 | $2,959.93 |
| 08-06 | CHECK 000000001829 | | $1,997.20 | $962.73 |
| 08-07 | DEPOSIT | $2,648.00 | | $3,610.73 |
| 08-08 | DEPOSIT | $805.00 | | $4,415.73 |
| 08-09 | SOVEREIGN BANK, LOAN TRANS000000 00000000000000012 | | $615.74 | $3,799.99 |
| 08-13 | CHECK 000000001833 000000001833 | | $2,000.00 | $1,799.99 |
| 08-13 | NationalGrid NatlGrid 120811 272140702305C | | $111.12 | $1,688.87 |



 

## Account Activity (Cont. for Acct#

| Date | Description | Credits | Debits | Balance |
|------|-------------|---------|--------|---------|
| 08-29 | CHECK 000000001831 000000001831 | | $2,433.31 | -$744.44 |
| 08-29 | INSUFFICIENT FUNDS FEE - ITEM PAID | | $35.00 | -$779.44 |
| 08-30 | DEPOSIT | $780.00 | | $0.56 |
| 08-31 | Ending Balance | | | $0.56 |

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
One Sovereign Way R11 EPV 02 23
East Providence, RI 02915

Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.

00000196-0181706-0003-0004-MSBR3778090-19-L SAS









00000196-0181707-0004-0004-MSBR3778090-19-L SAS







Statement Period 09/01/12 TO 09/28/12
Primary Account #:

For your convenience our Business
Customer Contact Center is available Monday
through Friday, 8:00 a.m. to 6:00 p.m.
and Saturday, 8:00 a.m. to 5:00 p.m.
Call us at 1-877-768-1145.
www.sovereignbank.com

00000660  MSBR3778100  13  0000
**UNION STREET CORRIDOR COMMUNIT**
**298 UNION ST**
**LYNN MA 01901-1342**

0 0 0 0
7 0 34 0



## Save For Your Business With a Competitive Rate

Open a Sovereign Business Money Market Savings account and the more you save the more you'll earn. Plus you can use it to protect against checking overdrafts.

**Let your excess funds work for you:**
- Get a great rate
- Enjoy check-writing privileges*
- Get transfer capabilities between accounts*
- Your business's money is FDIC-insured up to $250,000**

**Open an account online today** or for more information about our Business Money Savings account, visit **sovereignbank.com/business,** call **1.877.768.1145** or contact your Business Banking Relationship Manager.

* No more than 6 transfers and withdrawals by means of pre-authorized or automatic transfer, by telephone, computer or check or by POS purchase, per statement cycle. Unlimited withdrawals and transfers between accounts in person or at an ATM. Fees may apply for Overdraft Protection transfers.
** Please visit www.fdic.gov for details.

1204BUMM



## GET YOUR EXCESS FUNDS WORKING FOR YOU.

### Earn up to 0.80% APY* on your business balances.
**At Sovereign, the more you save the more you earn!**

| APY* | Qualifying Balances³ |
|------|---------------------|
| Earn 0.80% | $100,000 or more |
| Earn 0.70% | Between $50,000 and $99,999 |
| Earn 0.60% | Between $10,000 and $49,999 |

Your company's money is FDIC-insured.³

**Open an account online³** today via **sovereignbank.com/business,** visit your **local branch** or call us at **1.877.768.1145.**

Sovereign Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. © 2012 Sovereign Bank, N.A. I Sovereign and Santander and its logo are registered trademarks of Sovereign Bank, N.A. and Banco Santander, S.A. respectively, or their affiliates or subsidiaries in the United States and other countries. *Annual Percentage Yield (APY) as of 8/2/2012. All rates are subject to change without notice, are available for new accounts only, and may change after account opening. Domestic and Foreign Financial Institutions and deposit brokers are not eligible for this offer. For more details, contact your local Sovereign Branch. 1. Balances below $10,000 earn an APY of 0.20%. A minimum opening deposit of $50 is required. Monthly fees waived for business checking customers. See your Business Deposit Account Fee Schedule for details. 2. Please visit www.fdic.gov for details. 3. Business Money Market Account online opening available for business owners of Business Checking, Business Checking Plus, Business Interest Checking, and Free Business Checking only.
1207MOMA

## FREE BUSINESS CHECKING

Statement Period 09/01/12 - 09/28/12

*UNION STREET CORRIDOR COMMUNIT
Y DEVELOPMENT CORP*

Account #

### Balances

| | | | |
|---|---|---|---|
| Beginning Balance | $0.56 | Ending Balance | $462.74 |
| Deposits/Credits | + $7,484.72 | Average Daily Balance | $1,624.68 |
| Withdrawals/Debits | - $7,022.54 | | |

### Checks Posted

| Check # | Date Paid | Amount | Reference | Check # | Date Paid | Amount | Reference |
|---------|-----------|--------|-----------|---------|-----------|--------|-----------|
| 1834 | 09/05 | $2,000.00 | 873606805 | 1837 | 09/11 | $1,500.00 | 892044135 |
| 1836* | 09/07 | $1,406.80 | 874375270 | 1838 | 09/18 | $500.00 | 893507860 |

*page 1 of 3*

Sovereign Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. © 2012 Sovereign Bank, N.A. | Sovereign and Santander and its logo are registered trademarks of Sovereign Bank, N.A. and Banco Santander, S.A. respectively, or their affiliates or subsidiaries in the United States and other countries.

 

## Checks Posted (Cont. for Acct# ▓▓▓▓)

| Check # | Date Paid | Amount | Reference | Check # | Date Paid | Amount | Reference |
|---------|-----------|--------|-----------|---------|-----------|--------|-----------|
| 1839 | 09/21 | $1,000.00 | 894268720 | | | | |

**5 Check(s) Posted = $6,406.80**

An asterisk (*) indicates a skip in sequential check numbers.   An (E) indicates check was converted to an electronic item.

### Account Activity

| Date | Description | Credits | Debits | Balance |
|------|-------------|---------|--------|---------|
| 09-01 | **Beginning Balance** | | | $0.56 |
| 09-04 | DEPOSIT | $3,411.72 | | $3,412.28 |
| 09-04 | DEPOSIT | $1,200.00 | | $4,612.28 |
| 09-05 | CHECK 000000001834 | | $2,000.00 | $2,612.28 |
| 09-07 | DEPOSIT | $2,648.00 | | $5,260.28 |
| 09-07 | CHECK 000000001836 | | $1,406.80 | $3,853.48 |
| 09-10 | SOVEREIGN BANK, LOAN TRANS000000 0000000000000012 | | $615.74 | $3,237.74 |
| 09-11 | CHECK 000000001837 | | $1,500.00 | $1,737.74 |
| 09-14 | DEPOSIT | $175.00 | | $1,912.74 |
| 09-18 | CHECK 000000001838 | | $500.00 | $1,412.74 |
| 09-20 | CASH DEPOSIT | $50.00 | | $1,462.74 |
| 09-21 | CHECK 000000001839 | | $1,000.00 | $462.74 |
| 09-28 | **Ending Balance** | | | $462.74 |

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
One Sovereign Way RI1 EPV 02 23
East Providence, RI 02915

**Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.**

00000660-012405-0002-0003-MSBR3778100-13-L SAS









0000660-0124055-0003-0003-MSBR3778100-13-L_SAS

| | | |
|---|---|---|
| # 1834 | 09/05/12 | $2,000.00 |
| # 1836 | 09/07/12 | $1,406.80 |
| # 1837 | 09/11/12 | $1,500.00 |
| # 1838 | 09/18/12 | $500.00 |
| # 1839 | 09/21/12 | $1,000.00 |





**Sovereign** | **Santander**

Statement Period 09/29/12 TO 10/31/12
Primary Account #: ████

For your convenience our Business
Customer Contact Center is available Monday
through Friday, 8:00 a.m. to 6:00 p.m.
and Saturday, 8:00 a.m. to 5:00 p.m.
Call us at 1-877-768-1145.
www.sovereignbank.com

00000401 MSBR3778110 14 0000
**UNION STREET CORRIDOR COMMUNIT**
**298 UNION ST**
**LYNN MA 01901-1342**

0 0 0 0
7 0 34 0

## Streamline your payables processing with Online ACH & Wire Transfers

### Pay vendors and your employees with greater speed and control than writing business checks.

Online ACH & Wire Payments help you manage your cash flow better with:
- Convenience of initiating payments online – anywhere and at any time
- Security of knowing your payments are deposited directly into your payee's bank account
- Flexibility of setting up one-time and/or recurring payments through Sovereign's Business Online Banking
- Speed of same business day delivery of funds for domestic wire transactions
- Cost efficiency of making large volumes of frequent payments with our Online ACH Service

**Get started today:** Call **1.877.768.1145** or visit your local branch to add these features to Business Online Banking.

1210ACW1

## Let Us Help You Manage Your Most Valuable Asset—Your People

- Expert set-up done for you by a payroll specialist
- Pay with direct deposit, paper checks, or pay card
- Process by phone, online or on ADP's mobile app
- Assistance with tax agency inquiries
- Live Support just a phone call away

BE ASSURED—If ADP makes a tax filing error, in most cases, they will pay the resulting penalties for you[1]



**Get Started Today!** Stop by a branch and ask your Small Business Specialist, Branch Manager, Business Banking Relationship Manager or call us at **1.877.768.1145**

(1) Payment of resulting penalties subject to provisions of ADP Sales Order Terms and Conditions. ADP and the ADP logo are registered trademarks of ADP, Inc. EasyPay is a service mark and RUN Powered by ADP is a registered service mark of ADP, Inc.   1210SERV



## Grow Your Business with a Great Rate

### Equipment Financing 4.99%*
Fixed Rate up to 60 Months!*

ASK A REPRESENTATIVE FOR DETAILS.

*Financing is only available to qualified business applicants with revenues up to $3 million, and is for business equipment authorized for financing according to the policies of Sovereign Bank, N.A. ("Sovereign Bank"). Minimum lease amount is $15,000.00. A signed and completed application, and any other information Sovereign Bank may request as part of the application process, must be received by Sovereign Bank by December 31, 2012, before a credit decision can be rendered. Qualification for financing, and all terms, offers, and rates are subject to the underwriting and credit rules, policies, guidelines, and criteria of Sovereign Bank, which are determined by Sovereign Bank in its sole discretion and are subject to change without notice. Offer not applicable to business currently in existence or applied for prior to August 18, 2012. Approved business applicants will receive a fixed interest rate of 4.99% on business equipment financing leases for terms ranging from 24 months to 60 months, with such payment terms determined by Sovereign Bank pursuant to its underwriting and credit rules, policies, and guidelines. This fixed rate is subject to the terms and conditions of the lease documents. Offer ends December 31, 2012.   N1710 10/12   1210BIZC



 Sovereign Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. © 2012 Sovereign
Bank, N.A. | Sovereign and Santander and its logo are registered trademarks of Sovereign Bank, N.A. and
Banco Santander, S.A. respectively, or their affiliates or subsidiaries in the United States and other countries.



00000401-013282-2-0001-0003-MSBR3778110-14-LSAS

 

| FREE BUSINESS CHECKING | Statement Period 09/29/12 - 10/31/12 |
|---|---|

**UNION STREET CORRIDOR COMMUNIT
Y DEVELOPMENT CORP**

Account #

### Balances

| Beginning Balance | $462.74 | Ending Balance | -$66.18 |
|---|---|---|---|
| Deposits/Credits | + $8,200.97 | Average Daily Balance | $1,048.00 |
| Withdrawals/Debits | - $8,729.89 | | |

### Checks Posted

| Check # | Date Paid | Amount | Reference | Check # | Date Paid | Amount | Reference |
|---|---|---|---|---|---|---|---|
| 1841 | 10/26 | $657.48 | 882930395 | 1847* | 10/24 | $511.80 | 877150505 |
| 1843* | 10/05 | $1,800.00 | 897294910 | 1848 | 10/18 | $1,000.00 | 884460080 |
| 1844 | 10/10 | $2,196.92 | 882261210 | 1849 | 10/22 | $1,000.00 | 885042005 |
| 1845 | 10/09 | $600.00 | 881924225 | | | | |

**7 Check(s) Posted = $7,766.20**

An asterisk (*) indicates a skip in sequential check numbers.

An (E) indicates check was converted to an electronic item.

### Account Activity

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 09-29 | Beginning Balance | | | $462.74 |
| 10-04 | DEPOSIT | $2,849.25 | | $3,311.99 |
| 10-05 | DEPOSIT | $1,200.00 | | $4,511.99 |
| 10-05 | CHECK 000000001843 | | $1,800.00 | $2,711.99 |
| 10-09 | SOVEREIGN BANK, LOAN TRANS000000 0000000000000012 | | $615.74 | $2,096.25 |
| 10-09 | CHECK 000000001845 | | $600.00 | $1,496.25 |
| 10-10 | CHECK 000000001844 | | $2,196.92 | -$700.67 |
| 10-10 | INSUFFICIENT FUNDS FEE - ITEM PAID | | $35.00 | -$735.67 |
| 10-11 | DEPOSIT | $740.00 | | $4.33 |
| 10-17 | DEPOSIT | $3,411.72 | | $3,416.05 |
| 10-18 | CHECK 000000001848 | | $1,000.00 | $2,416.05 |
| 10-22 | CHECK 000000001849 | | $1,000.00 | $1,416.05 |
| 10-24 | CHECK 000000001847 | | $511.80 | $904.25 |
| 10-26 | CHECK 000000001841 | | $657.48 | $246.77 |
| 10-26 | NationalGrid NatlGrid 121026 023987900405C | | $277.95 | -$31.18 |
| 10-26 | INSUFFICIENT FUNDS FEE - ITEM PAID | | $35.00 | -$66.18 |
| 10-31 | Ending Balance | | | -$66.18 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
One Sovereign Way RI1 EPV 02 23
East Providence, RI 02915

**Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.**









0000040l-0l32824-0003-0003-MSBR377810-14-L SAS

# 1841   10/26/12   $657.48

# 1847   10/24/12   $511.80

# 1843   10/05/12   $1,800.00

# 1848   10/18/12   $1,000.00

# 1844   10/10/12   $2,196.92

# 1849   10/22/12   $1,000.00

# 1845   10/09/12   $600.00





Statement Period 11/01/12 TO 11/30/12
Primary Account #:

For your convenience our Business
Customer Contact Center is available Monday
through Friday, 8:00 a.m. to 6:00 p.m.
and Saturday, 8:00 a.m. to 5:00 p.m.
Call us at 1-877-768-1145.
www.sovereignbank.com

00000584  MSBR3778120  16  0000
**UNION STREET CORRIDOR COMMUNIT**
**298 UNION ST**
**LYNN MA 01901-1342**

0 0 0 0
7 0 30 0



00000584-0153112-0001-0003-MSBR3778120-16-L SAS

# Happy Holidays

During this holiday season, we at Sovereign Bank are thankful for your business.
May your holiday season and New Year be filled with peace and prosperity.

J212HOLB   N2153-11/12

## Streamline your payables processing with Online ACH & Wire Transfers

**Pay vendors and your employees with greater speed and control than writing business checks.**

Online ACH & Wire Payments help you manage your cash flow better with:
- Convenience of initiating payments online – anywhere and at any time
- Security of knowing your payments are deposited directly into your payee's bank account
- Flexibility of setting up one-time and/or recurring payments through Sovereign's Business Online Banking
- Speed of same business day delivery of funds for domestic wire transactions
- Cost efficiency of making large volumes of frequent payments with our Online ACH Service

**Get started today:** Call **1.877.768.1145** or visit your local branch to add these features to Business Online Banking.

1210ACWT

## Let Us Help You Manage Your Most Valuable Asset—Your People

- Expert set-up done for you by a payroll specialist
- Pay with direct deposit, paper checks, or pay card
- Process by phone, online or on ADP's mobile app
- Assistance with tax agency inquiries
- Live Support just a phone call away

BE ASSURED—If ADP makes a tax filing error, in most cases,
they will pay the resulting penalties for you[1]



**Get Started Today!** Stop by a branch and ask your Small Business Specialist, Branch Manager, Business Banking
Relationship Manager or call us at **1.877.768.1145**

(1) Payment of resulting penalties subject to provisions of ADP Sales Order Terms and Conditions. ADP and the ADP logo are registered trademarks of ADP, Inc. EasyPay is a service mark and RUN Powered by ADP is a registered service mark of ADP, Inc.   1210SERV



Sovereign Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. © 2012 Sovereign
Bank, N.A. | Sovereign and Santander and its logo are registered trademarks of Sovereign Bank, N.A. and
Banco Santander, S.A. respectively, or their affiliates or subsidiaries in the United States and other countries.




 

| FREE BUSINESS CHECKING | Statement Period 11/01/12 - 11/30/12 |
|---|---|

**UNION STREET CORRIDOR COMMUNIT Y DEVELOPMENT CORP**

Account #

## Balances

| Beginning Balance | -$66.18 | Ending Balance | $2,057.30 |
|---|---|---|---|
| Deposits/Credits | + $8,739.72 | Average Daily Balance | $1,886.00 |
| Withdrawals/Debits | - $6,616.24 | | |

## Checks Posted

| Check # | Date Paid | Amount | Reference | Check # | Date Paid | Amount | Reference |
|---|---|---|---|---|---|---|---|
| 1840 | 11/14 | $1,125.00 | 887121705 | 1852 | 11/05 | $300.00 | 887646220 |
| 1851* | 11/06 | $456.75 | 888062500 | 1855* | 11/13 | $1,500.00 | 880391075 |

An asterisk (*) indicates a skip in sequential check numbers.

**4 Check(s) Posted = $3,381.75**
An (E) indicates check was converted to an electronic item.

## Account Activity

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 11-01 | Beginning Balance | | | -$66.18 |
| 11-02 | DEPOSIT | $1,200.00 | | $1,133.82 |
| 11-05 | CHECK 000000001852 | | $300.00 | $833.82 |
| 11-06 | DEPOSIT | $8,039.72 | | $6,873.54 |
| 11-06 | CHECK 000000001851 | | $456.75 | $6,416.79 |
| 11-09 | SOVEREIGN BANK, LOAN TRANS000000 0000000000000012 | | $1,296.03 | $5,120.76 |
| 11-09 | NationalGrid NatlGrid 121109 770663100005C | | $1,260.00 | $3,860.76 |
| 11-13 | CHECK 000000001855 | | $1,500.00 | $2,360.76 |
| 11-13 | NationalGrid NatlGrid 121110 272140702305C | | $316.95 | $2,043.81 |
| 11-14 | CHECK 000000001840 | | $1,125.00 | $918.81 |
| 11-27 | MARLIN BUSINESS MAN PAY 401-1348030-001 | | $361.51 | $557.30 |
| 11-30 | DEPOSIT | $1,200.00 | | $1,757.30 |
| 11-30 | DEPOSIT | $300.00 | | $2,057.30 |
| 11-30 | Ending Balance | | | $2,057.30 |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
One Sovereign Way RJI EPV 02 23
East Providence, RI 02915

Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.

00000584-0153113-0002-0003-MSBR377/8120-16-L_SAS









# 1840   11/14/12   $1,125.00

# 1852   11/05/12   $300.00

# 1851   11/06/12   $456.75

# 1855   11/13/12   $1,500.00

00000584-0153114-0003-0003-MSBR3778120-16-L_SAS



 

Statement Period 12/01/12 TO 12/31/12
Primary Account #: ▓▓▓▓▓

For your convenience our Business
Customer Contact Center is available Monday
through Friday, 8:00 a.m. to 6:00 p.m.
and Saturday, 8:00 a.m. to 5:00 p.m.
Call us at 1-877-768-1145.
www.sovereignbank.com

00000347  MSBR3778010  14  0000
UNION STREET CORRIDOR COMMUNIT
298 UNION ST
LYNN MA 01901-1342

0 0 0 0
7 0 34 0



# Make this year
## your company's year.
We can help make it possible.

Rates as low as
**4.24%***
FOR 5 YEARS ON COMMERCIAL
REAL ESTATE LOANS
Up to $1500 bank in closing costs
Origination Fee Waived*

Rates as low as
**4.49%***
FOR UP TO 5 YEARS ON
BUSINESS TERM LOANS
Origination Fee Waived*

Apply today, ask a
representative for details.
We also have great rates on Business Lines of Credit

| FREE BUSINESS CHECKING | Statement Period 12/01/12 - 12/31/12 |
|---|---|

*UNION STREET CORRIDOR COMMUNIT
Y DEVELOPMENT CORP*

Account # ▓▓▓▓▓

## Balances

| | | | |
|---|---|---|---|
| Beginning Balance | $2,057.30 | Ending Balance | $2,262.70 |
| Deposits/Credits | + $16,991.00 | Average Daily Balance | $3,737.92 |
| Withdrawals/Debits | - $16,785.60 | | |

## Checks Posted

| Check # | Date Paid | Amount | Reference | Check # | Date Paid | Amount | Reference |
|---|---|---|---|---|---|---|---|
| 0 | 12/10 | $300.00 | 886529660 | 1858 | 12/07 | $3,000.00 | 879501745 |
| 1846 | 12/03 | $2,063.00 | 891525735 | 1859 | 12/18 | $4,194.12 | 895154850 |
| 1857* | 12/05 | $1,800.00 | 877869360 | 1870* | 12/26 | $210.00 | 897501456 |

Sovereign Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. © 2012 Sovereign
Bank, N.A. | Sovereign and Santander and its logo are registered trademarks of Sovereign Bank, N.A. and
Banco Santander, S.A. respectively, or their affiliates or subsidiaries in the United States and other countries.

*page 1 of 3*

 

## Checks Posted (Cont. for Acct# ▆▆▆▆)

| Check # | Date Paid | Amount | Reference | Check # | Date Paid | Amount | Reference |
|---------|-----------|--------|-----------|---------|-----------|--------|-----------|
| 1872 | 12-31 | $2,456.55 | 87500400S | | | | |

An asterisk (*) indicates a skip in sequential check numbers.

**7 Check(s) Posted = $14,023.67**

An (E) indicates check was converted to an electronic item.

### Account Activity

| Date | Description | Credits | Debits | Balance |
|------|-------------|---------|--------|---------|
| 12-01 | Beginning Balance | | | $2,057.30 |
| 12-03 | DEPOSIT | $7,259.00 | | $9,316.30 |
| 12-03 | CHECK 000000001846 | | $2,063.00 | $7,253.30 |
| 12-03 | UNAVAILABLE FUNDS FEE - ITEM PAID | | $35.00 | $7,218.30 |
| 12-05 | CHECK 000000001857 | | $1,800.00 | $5,418.30 |
| 12-07 | CHECK 000000001858 | | $3,000.00 | $2,418.30 |
| 12-10 | SOVEREIGN BANK, LOAN TRANS000000 0000000000000012 | | $1,296.03 | $1,122.27 |
| 12-10 | CHECK 000000000000 | | $300.00 | $822.27 |
| 12-14 | DEPOSIT | $5,000.00 | | $5,822.27 |
| 12-18 | DEPOSIT | $1,432.00 | | $7,254.27 |
| 12-18 | CHECK 000000001859 | | $4,194.12 | $3,060.15 |
| 12-20 | NationalGrid NatlGrid 121220 7706931023 | | $947.95 | $2,112.20 |
| 12-20 | NationalGrid NatlGrid 121220 1477071025 | | $482.95 | $1,629.25 |
| 12-21 | DEPOSIT | $2,500.00 | | $4,129.25 |
| 12-26 | CHECK 000000001870 | | $210.00 | $3,919.25 |
| 12-28 | DEPOSIT | $800.00 | | $4,719.25 |
| 12-31 | CHECK 000000001872 | | $2,456.55 | $2,262.70 |
| 12-31 | Ending Balance | | | $2,262.70 |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
One Sovereign Way RI1 EPV 02 23
East Providence, RI 02915

Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt.  We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.



00000347-0132499-0002-0003-MSBR377B010-14-L SAS





Charge To: 16005100000205531676666   123418030015288 PAR   12/07/12
12071246300

Pay to the order of: ONE COMMUNICATIO   $300.00

DOLLARS

ABA 011075150   Account 46994495667

Pre-Authorized Payment

# 0   12/10/12   $300.00

---

UNION STREET CORRIDOR
COMMUNITY DEVELOPMENT CORP   1848
299 UNION ST
LYNN, MA 01901

11/20/12

PAY TO THE
ORDER OF   Eastern Bank   $2,063.00

Two thousand sixty-three   00/100   DOLLARS

MEMO  September Mortgage Payment

# 1846   12/03/12   $2,063.00

---

UNION STREET CORRIDOR
COMMUNITY DEVELOPMENT CORP   1857
299 UNION ST
LYNN, MA 01901

6/2/12

PAY TO THE
ORDER OF   CMCC Inc   $1800

Eighteen hundred   DOLLARS

MEMO  Reimbursement

# 1857   12/05/12   $1,800.00

---

UNION STREET CORRIDOR
COMMUNITY DEVELOPMENT CORP   1858
299 UNION ST
LYNN, MA 01901

12/06/12

PAY TO THE
ORDER OF   CMCC Inc.   $3,000.00

Three thousand   00/100   DOLLARS

MEMO  Reimbursement

# 1858   12/07/12   $3,000.00

---

UNION STREET CORRIDOR
COMMUNITY DEVELOPMENT CORP   1859
299 UNION ST
LYNN, MA 01901

12/14/12

PAY TO THE
ORDER OF   Eastern Bank   $4,194.12

Four thousand one hundred and ninety-four   12/100   DOLLARS

MEMO  October and November Payment

# 1859   12/18/12   $4,194.12

---

UNION STREET CORRIDOR
COMMUNITY DEVELOPMENT CORP   1870
299 UNION ST
LYNN, MA 01901

12/05/12

PAY TO THE
ORDER OF   Terri Brown   $210.00

Two hundred and ten   00/100   DOLLARS

MEMO  Pay info Service Bookeeping

# 1870   12/26/12   $210.00

---

UNION STREET CORRIDOR
COMMUNITY DEVELOPMENT CORP   1872
299 UNION ST
LYNN, MA 01901

12/21/12

PAY TO THE
ORDER OF   National Grid   $2,456.55

Two thousand four hundred and fifty six   55/100   DOLLARS

MEMO  Acct # 7706631000

# 1872   12/31/12   $2,456.55

00000347-0132500-0003-0003-MSBR3778010-14-L.SAS



 

Statement Period 01/01/13 TO 01/31/13
Primary Account #

For your convenience our Business
Customer Contact Center is available Monday
through Friday, 8:00 a.m. to 6:00 p.m.
and Saturday, 8:00 a.m. to 5:00 p.m.
Call us at 1-877-768-1145.
www.sovereignbank.com

00000079  MSBR3778020  14  0000
**UNION STREET CORRIDOR COMMUNIT**
**298 UNION ST**
**LYNN MA 01901-1342**

0 0 0 0
7 0 34 0



# Make this year
# your company's year.

We can help make it possible.

Rates as low as
**4.24%***
FOR 5 YEARS ON COMMERCIAL
REAL ESTATE LOANS
Up to $1,500 back in closing costs
Origination Fee Waived

Rates as low as
**4.49%***
FOR UP TO 5 YEARS ON
BUSINESS TERM LOANS
Origination Fee Waived

Apply today, ask a
representative for details.

We also have great rates on Business Lines of Credit

# Get great payment processing with Merchant Services.

Accept credit and debit payments and get next-day funds access! Offer your customers the payment choices they really want—and
get faster access to that cash. With Sovereign Merchant Services, you'll benefit from:

- Next business day access to your funds[1]
- Affordable processing for businesses of any size
- Acceptance of all major credit cards and debit cards via
  terminals, telephone, Internet or mail order
- A full range of terminals and integrated point-of-sale systems
- Online account reconciliation and reporting
- State-of-the-art hardware and software

To get all the details on Sovereign Merchant Services, call the Business Customer Contact Center at 1.877.768.1145, or visit us online
at sovereignbank.com.

[1]Next business day funds availability on most payments processed through Sovereign Merchant Services to a Sovereign business checking account. In accordance with current standard settlement procedures.

1301GMER   N2481   1/13

 

Sovereign Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. © 2012 Sovereign
Bank, N.A. | Sovereign and Santander and its logo are registered trademarks of Sovereign Bank, N.A. and
Banco Santander, S.A. respectively, or their affiliates or subsidiaries in the United States and other countries.

