

## Checks Posted

| Check # | Date Paid | Amount | Reference | Check # | Date Paid | Amount | Reference |
|---------|-----------|--------|-----------|---------|-----------|--------|-----------|
| 2503 | 04/01 | $650.00 | 0896917670 | 2508 | 04/03 | $3,560.00 | 0897502775 |
| 2504 | 04/01 | $1,343.20 | 0872670025 | 2509 | 04/16 | $2,097.06 | 0886052400 |
| 2507* | 04/02 | $215.00 | 0872976505 | 2510 | 04/17 | $900.00 | 0845532205 |

**6  Check(s) Posted = $8,765.26**
An asterisk (*) indicates a skip in sequential check numbers.

## Account Activity

| Date | Description | Credits | Debits | Balance |
|------|-------------|---------|--------|---------|
| 04-01 | **Beginning Balance** | | | $5,659.49 |
| 04-01 | CHECK 000000002504 | | $1,343.20 | $4,316.29 |
| 04-01 | CHECK 000000002503 | | $650.00 | $3,666.29 |
| 04-02 | CHECK 000000002507 | | $215.00 | $3,451.29 |
| 04-03 | CHECK 000000002508 | | $3,560.00 | -$108.71 |
| 04-03 | INSUFFICIENT FUNDS FEE - ITEM PAID | | $35.00 | -$143.71 |
| 04-07 | DEPOSIT | $6,405.33 | | $6,261.62 |
| 04-09 | SANTANDER BANK, LOAN TRANS000000 00000000000000014 | | $1,296.03 | $4,965.59 |
| 04-16 | CHECK 000000002509 | | $2,097.06 | $2,868.53 |
| 04-17 | CASHED CHECK 000000002510 | | $900.00 | $1,968.53 |
| 04-30 | **Ending Balance** | | | $1,968.53 |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
Santander Way RI1 EPV 02 23
East Providence, RI 02915

**Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.**





# 2503   04/01/14   $650.00

# 2508   04/03/14   $3,560.00

# 2504   04/01/14   $1,343.20

# 2509   04/16/14   $2,097.06

# 2507   04/02/14   $215.00

# 2510   04/17/14   $900.00





Statement Period 05/01/14 TO 05/31/14
Primary Account #: ████████

For your convenience our Business
Customer Contact Center is available Monday
through Friday, 8:00 am to 6:00 pm.
and Saturday, 8:00 am to 5:00 pm.
Call us at 1-877-768-1145.
www.santanderbank.com

UNION STREET CORRIDOR COMMUNITY DEVELOPMENT CORP
298 UNION ST
LYNN MA 01901-1342

0000
7 0 31

# Looking for the right business opportunities?

## *We have the right business financing solutions.*

Talk with us today. We're here to listen. Stop by your local branch to
speak with a small business representative or call 1.877.768.1145.

Financing is available to qualified business applicants. To apply for business credit with Santander Bank, N.A. ("Santander Bank"), a
signed and completed application, and any other information Santander Bank may request, must be received by Santander Bank
before a decision can be rendered. All terms, offers and rates are subject to the underwriting and credit rules, policies, guidelines,
and criteria of Santander Bank, which are determined by Santander Bank in its sole discretion and are subject to change at any
time without prior notice.

Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. © 2014 Santander Bank, N.A.
|Santander and its logo are registered trademarks, and "a bank for your ideas" is a service mark, of Banco Santander, S.A. or its
affiliates or subsidiaries in the United States and other countries.                    1404SMEC N4895 04/14



a bank for your ideas

| BUSINESS CHECKING | Statement Period 05/01/14 - 05/31/14 |
|---|---|

**UNION STREET CORRIDOR COMMUNITY DEVELOPMENT CORP**   Account # ████████

## Balances

| Beginning Balance | $1,968.53 | Ending Balance | $2,901.09 |
|---|---|---|---|
| Deposits/Credits | +$7,494.29 | Average Daily Balance | $4,134.16 |
| Withdrawals/Debits | -$6,561.73 | | |

## Checks Posted

| Check # | Date Paid | Amount | Reference | Check # | Date Paid | Amount | Reference |
|---|---|---|---|---|---|---|---|
| 2511 | 05/16 | $883.94 | 0874706730 | 2515* | 05/20 | $2,097.06 | 0876256500 |
| 2512 | 05/15 | $243.75 | 0874039640 | | | | |



Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2013 Santander
Bank, N.A. |Santander and its logo are registered trademarks of Santander Bank, S.A. or
its affiliates or subsidiaries in the United States and other countries.





3  Check(s) Posted = $3,224.75
An asterisk (*) indicates a skip in sequential check numbers.

## Account Activity

| Date | Description | Credits | Debits | Balance |
|------|-------------|---------|--------|---------|
| 05-01 | **Beginning Balance** | | | $1,968.53 |
| 05-01 | MONTHLY MAINTENANCE FEE FOR PRIOR PERIOD | | $15.00 | $1,953.53 |
| 05-08 | DEPOSIT | $4,594.29 | | $6,547.82 |
| 05-09 | SANTANDER BANK, LOAN TRANS000000 0000000000000014 | | $1,296.03 | $5,251.79 |
| 05-13 | DEPOSIT | $2,900.00 | | $8,151.79 |
| 05-14 | AFA PROTECTIVE S SERVICES 140513 2291465 | | $1,171.38 | $6,980.41 |
| 05-15 | CHECK 000000002512 | | $243.75 | $6,736.66 |
| 05-16 | CHECK 000000002511 | | $883.94 | $5,852.72 |
| 05-20 | CHECK 000000002515 | | $2,097.06 | $3,755.66 |
| 05-28 | NGRID05 NGRID05WEB052814 | | $100.00 | $3,655.66 |
| 05-28 | NGRID05 NGRID05WEB052814 | | $104.57 | $3,551.09 |
| 05-28 | NGRID05 NGRID05WEB052814 | | $150.00 | $3,401.09 |
| 05-28 | NGRID05 NGRID05WEB052814 | | $200.00 | $3,201.09 |
| 05-28 | NGRID05 NGRID05WEB052814 | | $300.00 | $2,901.09 |
| 05-31 | **Ending Balance** | | | $2,901.09 |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
Santander Way RI1 EPV 02 23
East Providence, RI 02915

**Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.**







# 2511   05/16/14   $883.94

# 2515   05/20/14   $2,097.06

# 2512   05/15/14   $243.75



Statement Period 06/01/14 TO 06/30/14
**Primary Account #**

For your convenience our Business
Customer Contact Center is available Monday
through Friday, 8:00 am to 6:00 pm.
and Saturday, 8:00 am to 5:00 pm.
Call us at 1-877-768-1145.
www.santanderbank.com

UNION STREET CORRIDOR COMMUNITY DEVELOPMENT CORP
298 UNION ST
LYNN MA 01901-1342

0000
7 0 30

# Looking for the right business opportunities?

## We have the right business financing solutions.

Talk with us today. We're here to listen. Stop by your local branch to
speak with a small business representative or call 1.877.768.1145.

Financing is available to qualified business applicants. To apply for business credit with Santander Bank, N.A. ("Santander Bank"), a
signed and completed application, and any other information Santander Bank may request, must be received by Santander Bank
before a decision can be rendered. All terms, offers and rates are subject to the underwriting and credit rules, policies, guidelines,
and criteria of Santander Bank, which are determined by Santander Bank in its sole discretion and are subject to change at any
time without prior notice.

Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. © 2014 Santander Bank, N.A.
|Santander and its logo are registered trademarks, and "a bank for your ideas" is a service mark, of Banco Santander, S.A. or its
affiliates or subsidiaries in the United States and other countries.                    1404SMEC N4895 04/14


a bank for your ideas

---

**BUSINESS CHECKING**                                    Statement Period 06/01/14 - 06/30/14

**UNION STREET CORRIDOR COMMUNITY DEVELOPMENT CORP**                    Account #

## Balances

| Beginning Balance | $2,901.09 | Ending Balance | $5,344.33 |
|---|---|---|---|
| Deposits/Credits | +$6,405.33 | Average Daily Balance | $5,053.16 |
| Withdrawals/Debits | -$3,962.09 | | |

## Checks Posted

| Check # | Date Paid | Amount | Reference | Check # | Date Paid | Amount | Reference |
|---|---|---|---|---|---|---|---|
| 2514 | 06/20 | $450.00 | 0847902615 | 2517 | 06/23 | $2,097.06 | 0876411885 |
| 2516* | 06/03 | $104.00 | 0874373185 | | | | |



Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2013 Santander
Bank, N.A. |Santander and its logo are registered trademarks of Banco Santander, S.A. or
its affiliates or subsidiaries in the United States and other countries.






**3  Check(s) Posted = $2,651.06**
An asterisk (*) indicates a skip in sequential check numbers.

## Account Activity

| Date | Description | Credits | Debits | Balance |
|------|-------------|---------|--------|---------|
| 06-01 | **Beginning Balance** | | | $2,901.09 |
| 06-03 | CHECK 000000002516 | | $104.00 | $2,797.09 |
| 06-03 | MONTHLY MAINTENANCE FEE FOR PRIOR PERIOD | | $15.00 | $2,782.09 |
| 06-06 | DEPOSIT | $3,405.33 | | $6,187.42 |
| 06-09 | SANTANDER BANK, LOAN TRANS000000 00000000000000014 | | $1,296.03 | $4,891.39 |
| 06-20 | DEPOSIT | $3,000.00 | | $7,891.39 |
| 06-20 | CHECK 000000002514 | | $450.00 | $7,441.39 |
| 06-23 | CHECK 000000002517 | | $2,097.06 | $5,344.33 |
| 06-30 | **Ending Balance** | | | $5,344.33 |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
Santander Way RI1 EPV 02 23
East Providence, RI 02915

**Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.**









# 2514   06/20/14   $450.00

# 2517   06/23/14   $2,097.06

# 2516   06/03/14   $104.00



Statement Period 07/01/14 TO 07/31/14
Primary Account #: ▓▓▓▓▓

**For your convenience our Business
Customer Contact Center is available Monday
through Friday, 8:00 am to 6:00 pm.
and Saturday, 8:00 am to 5:00 pm.
Call us at 1-877-768-1145.**
www.santanderbank.com

UNION STREET CORRIDOR COMMUNITY DEVELOPMENT CORP
298 UNION ST
LYNN MA 01901-1342

0000
7 0 31

# Is your business ready to capitalize
# on a big idea? *We're ready to help support your capital needs.*

**For a limited time**

Business Term Loan
rates as low as:

## 3.99%[1] APR

Commercial Equipment and Vehicle
Financing rates as low as:

## 3.99%[2] APR

**Talk to us today. We're here to listen.**
**Visit your nearest branch and speak with a small business representative.**


a bank for your ideas

☐ santanderbank.com    ◉ Visit your local branch    ☎ Call 1.877. 476.8562

Financing and the offers in this statement message are only available to qualified business applicants with annual revenues up to but not exceeding $3 million. A signed and completed application must be received by Santander Bank, N.A. ("Santander Bank") by September 30, 2014 to be considered for any of the offers in this statement message. All terms are subject to Santander Bank's approvals and underwriting and creditworthiness criteria, which are determined by Santander Bank in its sole discretion and are subject to change at any time without prior notice. The offers in this statement message are not available for term loans or business equipment and vehicle financing transactions that were in existence as of or applied for prior to July 1, 2014, or if your business would require a guarantee from the U.S. Small Business Administration (SBA) in order to qualify for the offers in this statement message. Rate discounts are not available retroactively or to previously or currently existing credit transactions and are at all times subject to the terms and conditions of the loan documents. Additional fees, terms, and conditions may apply.
1 For a limited time, on business term loans between $15,000 and $500,000 with terms up to 5 years, approved applicants will receive, depending on creditworthiness, an annual percentage rate (APR) of either 3.99% per annum or 4.24% per annum if, on the date of the term loan closing, the applicants both (i) either have or open a Santander Bank business checking account and (ii) have or sign up to have implemented automatic pre-authorized internal payment transfers (E-Pay) from that Santander Bank business checking account as payments for the closed term loan. Offer expires 9/30/14.
2 For a limited time, on business equipment finance leases between $15,000 and $500,000 with terms ranging from 24 to 60 months, approved applicants will receive, depending on creditworthiness, a rate of either 3.99% per annum or 4.49% per annum if, on the date of the equipment finance lease closing, the applicants both (i) either have or open a Santander Bank business checking account and (ii) have or sign up to have implemented automatic pre-authorized internal payment transfers (E-Pay) from that Santander Bank business checking account as payments for the closed equipment finance lease. Appraisals of used equipment may be required before a credit decision can be rendered. Offer expires 9/30/14.
1407TERM   N6412   7/14

| BUSINESS CHECKING | Statement Period 07/01/14 - 07/31/14 |
|---|---|

**UNION STREET CORRIDOR COMMUNITY DEVELOPMENT CORP**          Account # ▓▓▓▓▓

## Balances

| | | | |
|---|---|---|---|
| Beginning Balance | $5,344.33 | Ending Balance | $4,864.72 |
| Deposits/Credits | +$8,055.33 | Average Daily Balance | $5,431.53 |
| Withdrawals/Debits | -$8,534.94 | | |



Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2013 Santander Bank, N.A. |Santander and its logo are registered trademarks of Banco Santander, S.A. or its affiliates or subsidiaries in the United States and other countries.





## Checks Posted

| Check # | Date Paid | Amount | Reference | Check # | Date Paid | Amount | Reference |
|---------|-----------|--------|-----------|---------|-----------|--------|-----------|
| 2519 | 07/07 | $175.00 | 0871461020 | 2523 | 07/09 | $645.00 | 0894383055 |
| 2520 | 07/03 | $110.50 | 0871169955 | 2524 | 07/17 | $2,097.06 | 0873144545 |
| 2521 | 07/10 | $57.00 | 0872175230 | 2525 | 07/30 | $92.00 | 0874957845 |
| 2522 | 07/09 | $296.43 | 0894398875 | | | | |

**7 Check(s) Posted = $3,472.99**

## Account Activity

| Date | Description | Credits | Debits | Balance |
|------|-------------|---------|--------|---------|
| 07-01 | **Beginning Balance** | | | $5,344.33 |
| 07-03 | CHECK 000000002520 | | $110.50 | $5,233.83 |
| 07-07 | CHECK 000000002519 | | $175.00 | $5,058.83 |
| 07-09 | DEPOSIT | $6,405.33 | | $11,464.16 |
| 07-09 | SANTANDER BANK, LOAN TRANS000000 00000000000000014 | | $1,296.03 | $10,168.13 |
| 07-09 | CHECK 000000002522 | | $296.43 | $9,871.70 |
| 07-09 | CHECK 000000002523 | | $645.00 | $9,226.70 |
| 07-10 | CHECK 000000002521 | | $57.00 | $9,169.70 |
| 07-11 | NGRID05 NGRID05WEB071114 | | $75.48 | $9,094.22 |
| 07-11 | NGRID05 NGRID05WEB071114 | | $178.94 | $8,915.28 |
| 07-11 | NGRID05 NGRID05WEB071114 | | $211.50 | $8,703.78 |
| 07-11 | NGRID05 NGRID05WEB071114 | | $300.00 | $8,403.78 |
| 07-11 | NGRID05 NGRID05WEB071114 | | $500.00 | $7,903.78 |
| 07-11 | NGRID05 NGRID05WEB071114 | | $2,500.00 | $5,403.78 |
| 07-16 | DEPOSIT | $1,650.00 | | $7,053.78 |
| 07-17 | CHECK 000000002524 | | $2,097.06 | $4,956.72 |
| 07-30 | CHECK 000000002525 | | $92.00 | $4,864.72 |
| 07-31 | **Ending Balance** | | | $4,864.72 |

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
Santander Way RI1 EPV 02 23
East Providence, RI 02915

**Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.**





2519   07/07/14   $175.00

# 2523   07/09/14   $645.00

# 2520   07/03/14   $110.50

# 2524   07/17/14   $2,097.06

# 2521   07/10/14   $57.00

# 2525   07/30/14   $92.00

# 2522   07/09/14   $296.43



 Santander

Statement Period 08/01/14 TO 08/31/14
Primary Account #:

For your convenience our Business
Customer Contact Center is available Monday
through Friday, 8:00 am to 6:00 pm.
and Saturday, 8:00 am to 5:00 pm.
Call us at 1-877-768-1145.
www.santanderbank.com

UNION STREET CORRIDOR COMMUNITY DEVELOPMENT CORP
298 UNION ST
LYNN MA 01901-1342

0000
7 0 31

# Santander has teamed up with ADP®
## to help bring savings and peace of mind to your payroll processing.

For a limited time only **receive up to a $400 credit**
for payroll processing with a new ADP sales order.

 Santander
a bank for your ideas™

**Call the number on your statement or visit your local Santander branch today to take advantage of this great offer.**

* In order to receive credit, company must sign complete ADP sales order by November 30, 2014, start processing payroll by December 31, 2014 and continue processing for six consecutive months at the client's implemented pay frequency. Credit will be in the amount of $200 for Clients on the "ADP® Enhanced Payroll Bundle" with 1-99 employees and $300 for Clients on the "ADP® Complete with HR Bundle" with 4-99 employees and $400 for Clients on the "ADP® Complete with HR Plus Bundle" with 4-99 employees. Credit will be issued to clients in good standing and that process consistently for 180 days at their implemented pay frequency. Eligible companies must use Direct Debit of Fees. Eligible clients will receive a deposit to Client's authorized bank account as indicated on the Client Account Agreement. Clients should receive the credit within 210 days of their first processing (180 days + 30 days for processing). Can't be combined with any other promotions and only available to new ADP Clients using RUN Powered by ADP® in the Continental U.S.
Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. © 2014  Santander Bank, N.A.  All rights reserved. Santander, Santander Bank, and the Flame logo are registered trademarks,  and A Bank For Your Ideas is a service mark, of Banco Santander, S.A. or its affiliates or subsidiaries in the United States and in other countries.  ADP is a registered trademark of ADP, LLC.    1408 ADPS    N6541  08/14

| BUSINESS CHECKING | Statement Period 08/01/14 - 08/31/14 |
|---|---|

**UNION STREET CORRIDOR COMMUNITY DEVELOPMENT CORP**           Account # 

## Balances

| | | | |
|---|---|---|---|
| Beginning Balance | $4,864.72 | Ending Balance | $627.12 |
| Deposits/Credits | +$4,650.00 | Average Daily Balance | $3,196.31 |
| Withdrawals/Debits | -$8,887.60 | | |

 EQUAL HOUSING LENDER

Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A.  ©2013 Santander Bank, N.A. Santander and its logo are registered trademarks of Banco Santander, S.A. or its affiliates or subsidiaries in the United States and other countries.



## Checks Posted

| Check # | Date Paid | Amount | Reference | Check # | Date Paid | Amount | Reference |
|---------|-----------|--------|-----------|---------|-----------|--------|-----------|
| 2526 | 08/04 | $200.00 | 0883606130 | 2529 | 08/15 | $2,985.53 | 0877724820 |
| 2527 | 08/25 | $1,500.23 | 0886601530 | 2530 | 08/26 | $2,097.06 | 0870075525 |
| 2528 | 08/25 | $320.00 | 0894400630 | | | | |

5  Check(s) Posted = $7,102.82

## Account Activity

| Date | Description | Credits | Debits | Balance |
|------|-------------|---------|--------|---------|
| 08-01 | **Beginning Balance** | | | $4,864.72 |
| 08-04 | CHECK 000000002526 | | $200.00 | $4,664.72 |
| 08-11 | SANTANDER BANK, LOAN TRANS000000 00000000000000014 | | $1,296.03 | $3,368.69 |
| 08-15 | DEPOSIT | $3,000.00 | | $6,368.69 |
| 08-15 | CHECK 000000002529 | | $2,985.53 | $3,383.16 |
| 08-21 | AFA PROTECTIVE S SERVICES 140820 2449227 | | $243.75 | $3,139.41 |
| 08-21 | AFA PROTECTIVE S SERVICES 140820 2445901 | | $245.00 | $2,894.41 |
| 08-25 | DEPOSIT | $1,650.00 | | $4,544.41 |
| 08-25 | CHECK 000000002528 | | $320.00 | $4,224.41 |
| 08-25 | CHECK 000000002527 | | $1,500.23 | $2,724.18 |
| 08-26 | CHECK 000000002530 | | $2,097.06 | $627.12 |
| 08-31 | **Ending Balance** | | | $627.12 |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
Santander Way RI1 EPV 02 23
East Providence, RI 02915

Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.





# 2526   08/04/14   $200.00

# 2529   08/15/14   $2,985.53

# 2527   08/25/14   $1,500.23

# 2530   08/26/14   $2,097.06

# 2528   08/25/14   $320.00

 Santander

Statement Period 09/01/14 TO 09/30/14
Primary Account #: 

For your convenience our Business
Customer Contact Center is available Monday
through Friday, 8:00 am to 6:00 pm.
and Saturday, 8:00 am to 5:00 pm.
Call us at 1-877-768-1145.
www.santanderbank.com

UNION STREET CORRIDOR COMMUNITY DEVELOPMENT CORP
298 UNION ST
LYNN MA 01901-1342

0000
7 0 30

---

| BUSINESS CHECKING | Statement Period 09/01/14 - 09/30/14 |
|---|---|

## UNION STREET CORRIDOR COMMUNITY DEVELOPMENT CORP                    Account #

### Balances

| Beginning Balance | $627.12 | Ending Balance | $2,327.51 |
|---|---|---|---|
| Deposits/Credits | +$11,141.69 | Average Daily Balance | $3,873.17 |
| Withdrawals/Debits | -$9,441.30 | | |

### Checks Posted

| Check # | Date Paid | Amount | Reference |
|---|---|---|---|
| 2532 | 09/25 | $2,097.06 | 0874063880 |

1 Check(s) Posted = $2,097.06

### Account Activity

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 09-01 | **Beginning Balance** | | | $627.12 |
| 09-03 | MONTHLY MAINTENANCE FEE FOR PRIOR PERIOD | | $15.00 | $612.12 |
| 09-09 | SANTANDER BANK, LOAN TRANS000000 00000000000000014 | | $1,296.03 | -$683.91 |
| 09-09 | INSUFFICIENT FUNDS FEE - ITEM PAID | | $35.00 | -$718.91 |
| 09-10 | DEPOSIT | $6,405.33 | | $5,686.42 |
| 09-10 | ACH RETURNED ITEM | $1,296.03 | | $6,982.45 |
| 09-10 | REFUND - INSUFFICIENT FUNDS FEE - ITEM PAID 09/09/2014 | $35.00 | | $7,017.45 |
| 09-10 | INSUFFICIENT OR UNAVAILABLE FUNDS - ITEM RETURNED | | $35.00 | $6,982.45 |
| 09-16 | SANTANDER BANK, LOAN TRANS000000 00000000000000014 | | $1,360.83 | $5,621.62 |
| 09-22 | AFA PROTECTIVE S SERVICES 140919 2453889 | | $618.75 | $5,002.87 |
| 09-24 | BRANCH TRANSACTION AT LYNN- BROADWAY  - CHECK DEPOSIT. | $3,405.33 | | $8,408.20 |
| 09-25 | CHECK 000000002532 | | $2,097.06 | $6,311.14 |
| 09-26 | NGRID05 NGRID05WEB092614 | | $67.65 | $6,243.49 |
| 09-26 | NGRID05 NGRID05WEB092614 | | $92.59 | $6,150.90 |
| 09-26 | NGRID05 NGRID05WEB092614 | | $173.39 | $5,977.51 |
| 09-26 | NGRID05 NGRID05WEB092614 | | $250.00 | $5,727.51 |
| 09-26 | NGRID05 NGRID05WEB092614 | | $400.00 | $5,327.51 |
| 09-26 | NGRID05 NGRID05WEB092614 | | $3,000.00 | $2,327.51 |
| 09-30 | **Ending Balance** | | | $2,327.51 |

Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2013 Santander Bank, N.A. |Santander and its logo are registered trademarks of Banco Santander, S.A. or its affiliates or subsidiaries in the United States and other countries.





IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
Santander Way RI1 EPV 02 23
East Providence, RI 02915

Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.



UNION STREET CORRIDOR
COMMUNITY DEVELOPMENT CORP
398 UNION ST
LYNN, MA 01901

2532

PAY TO THE
ORDER OF _Santander Bank_

Ten Thousand Nine Seven and 06/___ DOLLARS

$ 2,097.06

2532   09/25/14   $2,097.06

 Santander

Statement Period 10/01/14 TO 10/31/14
Primary Account #

For your convenience our Business
Customer Contact Center is available Monday
through Friday, 8:00 am to 6:00 pm.
and Saturday, 8:00 am to 5:00 pm.
Call us at 1-877-768-1145.
www.santanderbank.com

UNION STREET CORRIDOR COMMUNITY DEVELOPMENT CORP
298 UNION ST
LYNN MA 01901-1342

0000
7 0 31

# Bank from your business with Onsite Check Deposit.

*Now you can securely deposit checks right from your place of business, with no trips to the bank.*

With Santander® Onsite Check Deposit you're equipped with the tools you need:
• Scan checks with a complimentary desktop scanner*
• Easily upload deposit data into your accounting software for faster receivables posting
• View, save and print check images for up to two years

**Get started today.**
**Call 1-877-768-1145 for more information.**

 Santander
a bank for your ideas

*Customer will receive the Epson Capture One single Document Scanner (retail value $299). Available to customers with an eligible business checking account. Limit one free scanner per customer. Additional scanners are available at a cost. Other fees may apply. Should the Onsite Check Deposit service be terminated before a full calendar year is up, you will be charged a $300 cancellation fee.      1410OCDS A000238   10/14

| BUSINESS CHECKING | Statement Period 10/01/14 - 10/31/14 |
|---|---|

**UNION STREET CORRIDOR COMMUNITY DEVELOPMENT CORP**          Account #

## Balances

| | | | |
|---|---|---|---|
| Beginning Balance | $2,327.51 | Ending Balance | $624.12 |
| Deposits/Credits | +$8,231.33 | Average Daily Balance | $1,518.90 |
| Withdrawals/Debits | -$9,934.72 | | |

## Checks Posted

| Check # | Date Paid | Amount | Reference | Check # | Date Paid | Amount | Reference |
|---|---|---|---|---|---|---|---|
| 2531 -R | 10/22 | $1,526.00 | 0879103760 | 2533* | 10/15 | $7,000.00 | 0886499305 |

**1 Check(s) Posted = $7,000.00**
An asterisk (*) indicates a skip in sequential check numbers.



Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2013 Santander Bank, N.A. JSantander and its logo are registered trademarks of Banco Santander, S.A. or its affiliates or subsidiaries in the United States and other countries.





## Account Activity

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 10-01 | **Beginning Balance** | | | $2,327.51 |
| 10-01 | MONTHLY MAINTENANCE FEE FOR PRIOR PERIOD | | $15.00 | $2,312.51 |
| 10-14 | BRANCH TRANSACTION AT LYNN- BROADWAY  - CHECK DEPOSIT. | $6,705.33 | | $9,017.84 |
| 10-14 | SANTANDER BANK, LOAN TRANS000000 00000000000000014 | | $1,323.72 | $7,694.12 |
| 10-15 | CHECK 000000002533 | | $7,000.00 | $694.12 |
| 10-15 | UNAVAILABLE FUNDS FEE - ITEM PAID | | $35.00 | $659.12 |
| 10-22 | CHECK 000000002531 | | $1,526.00 | -$866.88 |
| 10-22 | INSUFFICIENT FUNDS FEE - ITEM PAID | | $35.00 | -$901.88 |
| 10-23 | CHECK RETURNED 000000002531 NSF | $1,526.00 | | $624.12 |
| 10-31 | **Ending Balance** | | | $624.12 |

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
Santander Way RI1 EPV 02 23
East Providence, RI 02915

**Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.**







# 2531   10/22/14   $1,526.00          # 2533   10/15/14   $7,000.00



Statement Period 11/01/14 TO 11/30/14
Primary Account #:

For your convenience our Business
Customer Contact Center is available Monday
through Friday, 8:00 am to 6:00 pm.
and Saturday, 8:00 am to 5:00 pm.
Call us at 1-877-768-1145.
www.santanderbank.com

UNION STREET CORRIDOR COMMUNITY DEVELOPMENT CORP
298 UNION ST
LYNN MA 01901-1342

0000
7 0 30

# *season of wonder,*
# *hope and change*

## wishing you peace during the holidays
## and progress in 2015



Santander, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. Santander and the Flame Logo are registered trademarks, and A Bank For Your Ideas is a service mark, of Banco Santander, S.A.                1411HOLI   11/14



Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2013 Santander
Bank, N.A. |Santander and its logo are registered trademarks of Banco Santander, S.A. or
its affiliates or subsidiaries in the United States and other countries.





| BUSINESS CHECKING | Statement Period 11/01/14 - 11/30/14 |
|---|---|

**UNION STREET CORRIDOR COMMUNITY DEVELOPMENT CORP**     Account # 

## Balances

| | | | |
|---|---|---|---|
| Beginning Balance | $624.12 | Ending Balance | $3,934.79 |
| Deposits/Credits | +$10,931.33 | Average Daily Balance | $4,489.99 |
| Withdrawals/Debits | -$7,620.66 | | |

## Checks Posted

| Check # | Date Paid | Amount | Reference | Check # | Date Paid | Amount | Reference |
|---|---|---|---|---|---|---|---|
| 2531 -R | 11/04 | $1,526.00 | 0872590720 | 2536* | 11/20 | $4,200.00 | 0875418345 |
| 2534* | 11/13 | $1,075.00 | 0898913090 | | | | |

**2 Check(s) Posted = $5,275.00**
An asterisk (*) indicates a skip in sequential check numbers.

## Account Activity

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 11-01 | **Beginning Balance** | | | $624.12 |
| 11-03 | MONTHLY MAINTENANCE FEE FOR PRIOR PERIOD | | $15.00 | $609.12 |
| 11-04 | CHECK 000000002531 | | $1,526.00 | -$916.88 |
| 11-04 | INSUFFICIENT FUNDS FEE - ITEM PAID | | $35.00 | -$951.88 |
| 11-05 | CHECK RETURNED 000000002531 NSF | $1,526.00 | | $574.12 |
| 11-07 | BRANCH TRANSACTION AT LYNN- BROADWAY  - CHECK DEPOSIT | $3,405.33 | | $3,979.45 |
| 11-13 | BRANCH TRANSACTION AT LYNN- BROADWAY  - CHECK DEPOSIT. | $6,000.00 | | $9,979.45 |
| 11-13 | CHECK 000000002534 | | $1,075.00 | $8,904.45 |
| 11-20 | AFA PROTECTIVE S SERVICES 141119 2477596 | | $243.75 | $8,660.70 |
| 11-20 | CHECK 000000002536 | | $4,200.00 | $4,460.70 |
| 11-26 | BILLMATRIX BILLPAYFEE141125 | | $3.50 | $4,457.20 |
| 11-26 | FIS*VERIZON BILL PAY 141125 | | $522.41 | $3,934.79 |
| 11-30 | **Ending Balance** | | | $3,934.79 |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
Santander Way RI1 EPV 02 23
East Providence, RI 02915

**Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.**









# 2531   11/04/14   $1,526.00

# 2536   11/20/14   $4,200.00

# 2534   11/13/14   $1,075.00

 Santander

**Statement Period 12/01/14 TO 12/31/14**
**Primary Account #:**

**For your convenience our Business
Customer Contact Center is available Monday
through Friday, 8:00 am to 6:00 pm.
and Saturday, 8:00 am to 5:00 pm.
Call us at 1-877-768-1145.**
www.santanderbank.com

UNION STREET CORRIDOR COMMUNITY DEVELOPMENT CORP
298 UNION ST
LYNN MA 01901-1342

0000
7 0 31

# Ready. Set. Grow.

## *With Santander® small business financing.*

*A Santander Business Line of Credit* can provide flexible working capital for anything from purchasing inventory to paying off high-interest business credit card balances.

*A Santander Business Owner-Occupied Commercial Mortgage* can be a perfect instrument for purchasing or refinancing your commercial property.

**Speak with a small business representative at 1.877.768.1145 to apply today.**

☐ **Visit santanderbank.com**     ◉ **Visit your local branch**

1412SMEC 12/14

| BUSINESS CHECKING | Statement Period 12/01/14 - 12/31/14 |
|---|---|

**UNION STREET CORRIDOR COMMUNITY DEVELOPMENT CORP**          Account #

## Balances

| | | | |
|---|---|---|---|
| Beginning Balance | $3,934.79 | Ending Balance | $7,325.12 |
| Deposits/Credits | +$7,405.33 | Average Daily Balance | $5,757.17 |
| Withdrawals/Debits | -$4,015.00 | | |

## Checks Posted

| Check # | Date Paid | Amount | Reference |
|---|---|---|---|
| 2537 | 12/05 | $4,000.00 | 0892853305 |

**1 Check(s) Posted = $4,000.00**



Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2013 Santander Bank, N.A. |Santander and its logo are registered trademarks of Banco Santander, S.A. or its affiliates or subsidiaries in the United States and other countries.



 Santander

## Account Activity

| Date | Description | Credits | Debits | Balance |
|------|-------------|---------|--------|---------|
| 12-01 | **Beginning Balance** | | | $3,934.79 |
| 12-02 | MONTHLY MAINTENANCE FEE FOR PRIOR PERIOD | | $15.00 | $3,919.79 |
| 12-04 | BRANCH TRANSACTION AT LYNN- BROADWAY  - CHECK DEPOSIT. | $1,000.00 | | $4,919.79 |
| 12-05 | BRANCH TRANSACTION AT LYNN- BROADWAY  - CHECK DEPOSIT. | $3,405.33 | | $8,325.12 |
| 12-05 | CHECK 000000002537 | | $4,000.00 | $4,325.12 |
| 12-17 | BRANCH TRANSACTION AT LYNN- BROADWAY  - CHECK DEPOSIT. | $3,000.00 | | $7,325.12 |
| 12-31 | **Ending Balance** | | | $7,325.12 |

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
Santander Way RI1 EPV 02 23
East Providence, RI 02915

**Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.**







# 2537   12/05/14   $4,000.00



Statement Period 01/01/15 TO 01/31/15
Primary Account #:

For your convenience our Business
Customer Contact Center is available Monday
through Friday, 8:00 am to 6:00 pm.
and Saturday, 8:00 am to 5:00 pm.
Call us at 1-877-768-1145.
www.santanderbank.com

UNION STREET CORRIDOR COMMUNITY DEVELOPMENT CORP
298 UNION ST
LYNN MA 01901-1342

0000
7 0 31

# Extra cash is a good thing.
# Especially with interest and easy access.

*A Santander® Business Money Market account gives
your earnings a safe place to grow at a competitive rate.*

- No additional monthly fee*
- Earn interest on excess cash flow
- Access funds anytime, anywhere via phone, ATM, online or by check[1]
- Use as overdraft protection for your business checking account[2]
- FDIC insured[3]

**To apply today, stop by a Santander® Branch,
call 1.877.768.1145, or visit us online at
santanderbank.com/business**



*No monthly fee with a business checking account with the same ownership.
(1) You may not make more than a maximum of six transfers and withdrawals from your savings or money market savings account to
another account of yours to a third party such as a merchant by means of preauthorized or automatic transfer, by telephone, computer or
check or by POS purchase during a service fee period.  If you repeatedly exceed these limits, we may close your account or convert it to
another type of account. (2) Overdraft protection transfer fees may apply. (3) Visit fdic.gov for details.    1501MMDA    A0264   12/14

| BUSINESS CHECKING | Statement Period 01/01/15 - 01/31/15 |
|---|---|

**UNION STREET CORRIDOR COMMUNITY DEVELOPMENT CORP**                          Account #

## Balances

| Beginning Balance | $7,325.12 | Ending Balance | $4,928.42 |
|---|---|---|---|
| Deposits/Credits | +$14,021.33 | Average Daily Balance | $6,567.07 |
| Withdrawals/Debits | -$16,418.03 | | |

## Checks Posted

| Check # | Date Paid | Amount | Reference | Check # | Date Paid | Amount | Reference |
|---|---|---|---|---|---|---|---|
| 2538 | 01/05 | $1,900.00 | 0873610375 | 2540 | 01/08 | $8,418.03 | 0897643150 |
| 2539 | 01/15 | $2,100.00 | 0876581375 | | | | |



Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2013 Santander
Bank, N.A. |Santander and its logo are registered trademarks of Banco Santander, S.A. or
its affiliates or subsidiaries in the United States and other countries.





**3  Check(s) Posted = $12,418.03**

## Account Activity

| Date | Description | Credits | Debits | Balance |
|------|-------------|---------|--------|---------|
| 01-01 | **Beginning Balance** | | | $7,325.12 |
| 01-05 | CHECK 000000002538 | | $1,900.00 | $5,425.12 |
| 01-07 | BRANCH TRANSACTION AT LYNN- BROADWAY  - CHECK DEPOSIT. | $11,021.33 | | $16,446.45 |
| 01-08 | CHECK 000000002540 | | $8,418.03 | $8,028.42 |
| 01-14 | BRANCH TRANSACTION AT LYNN- BROADWAY  - CHECK DEPOSIT. | $3,000.00 | | $11,028.42 |
| 01-15 | CHECK 000000002539 | | $2,100.00 | $8,928.42 |
| 01-16 | NGRID05 NGRID05WEB011615 | | $1,000.00 | $7,928.42 |
| 01-16 | NGRID05 NGRID05WEB011615 | | $3,000.00 | $4,928.42 |
| 01-31 | **Ending Balance** | | | $4,928.42 |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
Santander Way RI1 EPV 02 23
East Providence, RI 02915

**Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.**







# 2538   01/05/15   $1,900.00

# 2539   01/15/15   $2,100.00

2540   01/08/15   $8,418.03

 Santander

Statement Period 02/01/15 TO 02/28/15
Primary Account #:

For your convenience our Business
Customer Contact Center is available Monday
through Friday, 8:00 am to 6:00 pm.
and Saturday, 8:00 am to 5:00 pm.
Call us at 1-877-768-1145.
www.santanderbank.com

UNION STREET CORRIDOR COMMUNITY DEVELOPMENT CORP
298 UNION ST
LYNN MA 01901-1342

0000
7 0 28

| BUSINESS CHECKING | Statement Period 02/01/15 - 02/28/15 |
|---|---|

**UNION STREET CORRIDOR COMMUNITY DEVELOPMENT CORP**   Account #

## Balances

| Beginning Balance | $4,928.42 | Ending Balance | $6,090.00 |
|---|---|---|---|
| Deposits/Credits | +$3,405.33 | Average Daily Balance | $5,473.59 |
| Withdrawals/Debits | -$2,243.75 | | |

## Checks Posted

| Check # | Date Paid | Amount | Reference |
|---|---|---|---|
| 2541 | 02/19 | $2,000.00 | 0870701050 |

**1 Check(s) Posted = $2,000.00**

## Account Activity

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 02-01 | **Beginning Balance** | | | $4,928.42 |
| 02-18 | BRANCH TRANSACTION AT LYNN- BROADWAY  - CHECK DEPOSIT | $3,405.33 | | $8,333.75 |
| 02-19 | CHECK 000000002541 | | $2,000.00 | $6,333.75 |
| 02-20 | AFA PROTECTIVE S SERVICES 150219 2507365 | | $243.75 | $6,090.00 |
| 02-28 | **Ending Balance** | | | $6,090.00 |

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
Santander Way RI1 EPV 02 23
East Providence, RI 02915

**Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.**



Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2013 Santander Bank, N.A. |Santander and its logo are registered trademarks of Banco Santander, S.A. or its affiliates or subsidiaries in the United States and other countries.





UNION STREET CORRIDOR
COMMUNITY DEVELOPMENT CORP
2541

PAY TO THE
ORDER OF   Cash

# 2541   02/19/15   $2,000.00

 Santander

**Statement Period 03/01/15 TO 03/31/15**
**Primary Account #:** ███████

**For your convenience our Business
Customer Contact Center is available Monday
through Friday, 8:00 am to 6:00 pm.
and Saturday, 8:00 am to 5:00 pm.
Call us at 1-877-768-1145.**
www.santanderbank.com

UNION STREET CORRIDOR COMMUNITY DEVELOPMENT CORP
298 UNION ST
LYNN MA 01901-1342

0000
7 0 31

# Ready. Set. Grow.

## With Santander® small business financing.

*A Santander Business Line of Credit* can provide flexible working capital for anything
from purchasing inventory to paying off high-interest business credit card balances.

*A Santander Business Owner-Occupied Commercial Mortgage* can be a perfect
instrument for purchasing or refinancing your commercial property.

**Speak with a small business representative at 1.877.768.1145 to apply today.**

🖥 **Visit santanderbank.com**        📍 **Visit your local branch**

1412SMEC  12/14

| BUSINESS CHECKING | Statement Period 03/01/15 - 03/31/15 |
|---|---|

**UNION STREET CORRIDOR COMMUNITY DEVELOPMENT CORP**                          Account # ███████

## Balances

| Beginning Balance | $6,090.00 | Ending Balance | $3,852.00 |
|---|---|---|---|
| Deposits/Credits | +$3,405.33 | Average Daily Balance | $3,083.19 |
| Withdrawals/Debits | -$5,643.33 | | |



Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2013 Santander Bank, N.A. JSantander and its logo are registered trademarks of Banco Santander, S.A. or its affiliates or subsidiaries in the United States and other countries.





## Checks Posted

| Check # | Date Paid | Amount | Reference | Check # | Date Paid | Amount | Reference |
|---------|-----------|--------|-----------|---------|-----------|--------|-----------|
| 2542 | 03/03 | $4,200.00 | 0876404975 | 2545 | 03/23 | $208.33 | 0876965725 |
| 2543 | 03/23 | $175.00 | 0876868795 | 2546 | 03/27 | $280.00 | 0870495010 |
| 2544 | 03/23 | $645.00 | 0877003815 | | | | |

**5 Check(s) Posted = $5,508.33**

## Account Activity

| Date | Description | Credits | Debits | Balance |
|------|-------------|---------|--------|---------|
| 03-01 | **Beginning Balance** | | | $6,090.00 |
| 03-03 | CHECK 000000002542 | | $4,200.00 | $1,890.00 |
| 03-20 | BRANCH TRANSACTION AT LYNN- BROADWAY - CHECK DEPOSIT. | $3,405.33 | | $5,295.33 |
| 03-20 | AFA PROTECTIVE S SERVICES 150319 2519058 | | $135.00 | $5,160.33 |
| 03-23 | CHECK 000000002543 | | $175.00 | $4,985.33 |
| 03-23 | CHECK 000000002545 | | $208.33 | $4,777.00 |
| 03-23 | CHECK 000000002544 | | $645.00 | $4,132.00 |
| 03-27 | CHECK 000000002546 | | $280.00 | $3,852.00 |
| 03-31 | **Ending Balance** | | | $3,852.00 |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
Santander Way RI1 EPV 02 23
East Providence, RI 02915

**Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.**





# 2542   03/03/15   $4,200.00

# 2545   03/23/15   $208.33

# 2543   03/23/15   $175.00

# 2546   03/27/15   $280.00

# 2544   03/23/15   $645.00





Statement Period 04/01/15 TO 04/30/15
Primary Account #: ████████

For your convenience our Business
Customer Contact Center is available Monday
through Friday, 8:00 am to 6:00 pm.
and Saturday, 8:00 am to 5:00 pm.
Call us at 1-877-768-1145.
www.santanderbank.com

UNION STREET CORRIDOR COMMUNITY DEVELOPMENT CORP
298 UNION ST
LYNN MA 01901-1342

0000
7 0 30

# ARE YOU READY TO ACCEPT THE NEW EMV CHIP CARDS?
# WE CAN HELP.

Beginning October 1, 2015, your business will be liable for any
card-present fraud that occurs when a customer uses a credit
card with an EMV chip if you don't have a chip-enabled card
reader. To protect themselves, small businesses should install
chip-enabled card readers.

**At Santander, we can help you with that. Speak to one of our
Small Business representatives for more details.**

1504SMEM B267 4/15

| BUSINESS CHECKING | Statement Period 04/01/15 - 04/30/15 |
|---|---|

**UNION STREET CORRIDOR COMMUNITY DEVELOPMENT CORP**   Account # ████████

## Balances

| Beginning Balance | $3,852.00 | Ending Balance | $3,469.04 |
|---|---|---|---|
| Deposits/Credits | +$9,076.80 | Average Daily Balance | $4,799.17 |
| Withdrawals/Debits | -$9,459.76 | | |

## Checks Posted

| Check # | Date Paid | Amount | Reference | Check # | Date Paid | Amount | Reference |
|---|---|---|---|---|---|---|---|
| 2549 | 04/13 | $2,000.00 | 1028755249 | 2550 | 04/24 | $6,900.00 | 0878045105 |

**2 Check(s) Posted = $8,900.00**



Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2015 Santander
Bank, N.A. All rights reserved. Santander, Santander Bank, the Flame Logo, and Extra 20 (for checking account
services) are registered trademarks, and Extra 20 (for savings account services) is a service mark of Banco Santander,
S.A. or its affiliates in the United States or in other countries.





## Account Activity

| Date | Description | Credits | Debits | Balance |
|------|-------------|---------|--------|---------|
| 04-01 | **Beginning Balance** | | | $3,852.00 |
| 04-01 | MONTHLY MAINTENANCE FEE FOR PRIOR PERIOD | | $15.00 | $3,837.00 |
| 04-10 | BRANCH TRANSACTION AT LYNN- BROADWAY  - CHECK DEPOSIT. | $3,076.80 | | $6,913.80 |
| 04-13 | CASHED CHECK 000000002549 | | $2,000.00 | $4,913.80 |
| 04-21 | AFA PROTECTIVE S SERVICES 150420 2532258 | | $544.76 | $4,369.04 |
| 04-22 | BRANCH TRANSACTION AT LYNN- BROADWAY  - CHECK DEPOSIT. | $6,000.00 | | $10,369.04 |
| 04-24 | CHECK 000000002550 | | $6,900.00 | $3,469.04 |
| 04-30 | **Ending Balance** | | | $3,469.04 |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
Santander Way RI1 EPV 02 23
East Providence, RI 02915

**Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.**







# 2549   04/13/15   $2,000.00

# 2550   04/24/15   $6,900.00

 Santander

**Statement Period 05/01/15 TO 05/31/15**
Primary Account #:

**For your convenience our Business
Customer Contact Center is available Monday
through Friday, 8:00 am to 6:00 pm.
and Saturday, 8:00 am to 5:00 pm.
Call us at 1-877-768-1145.**
www.santanderbank.com

UNION STREET CORRIDOR COMMUNITY DEVELOPMENT CORP
298 UNION ST
LYNN MA 01901-1342

0000
7 0 31

---

## BUSINESS CHECKING | Statement Period 05/01/15 - 05/31/15

**UNION STREET CORRIDOR COMMUNITY DEVELOPMENT CORP**                                        Account #

### Balances

| | | | |
|---|---|---|---|
| Beginning Balance | $3,469.04 | Ending Balance | $5,097.83 |
| Deposits/Credits | +$3,609.63 | Average Daily Balance | $4,680.79 |
| Withdrawals/Debits | -$1,980.84 | | |

### Checks Posted

| Check # | Date Paid | Amount | Reference |
|---|---|---|---|
| 2551 | 05/20 | $1,710.15 | 0872336015 |

**1 Check(s) Posted = $1,710.15**

### Account Activity

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 05-01 | **Beginning Balance** | | | $3,469.04 |
| 05-01 | MONTHLY MAINTENANCE FEE FOR PRIOR PERIOD | | $15.00 | $3,454.04 |
| 05-15 | BRANCH TRANSACTION AT LYNN- BROADWAY  - CHECK DEPOSIT. | $3,609.63 | | $7,063.67 |
| 05-20 | CHECK 000000002551 | | $1,710.15 | $5,353.52 |
| 05-21 | AFA PROTECTIVE S SERVICES 150520 2537241 | | $255.69 | $5,097.83 |
| 05-31 | **Ending Balance** | | | $5,097.83 |

---

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
Santander Way RI1 EPV 02 23
East Providence, RI 02915

Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the
statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.

 EQUAL HOUSING LENDER

Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2015 Santander Bank, N.A. All rights reserved. Santander, Santander Bank, the Flame Logo, and Extra 20 (for checking account services) are registered trademarks, and Extra 20 (for savings account services) is a service mark of Banco Santander, S.A. or its Affiliates in the United States or other countries.





# 2551   05/20/15   $1,710.15



Statement Period 06/01/15 TO 06/30/15
Primary Account #:

For your convenience our Business
Customer Contact Center is available Monday
through Friday, 8:00 am to 6:00 pm.
and Saturday, 8:00 am to 5:00 pm.
Call us at 1-877-768-1145.
www.santanderbank.com

UNION STREET CORRIDOR COMMUNITY DEVELOPMENT CORP
298 UNION ST
LYNN MA 01901-1342

0000
7 0 30

# Ready. Set. Grow.

## *with Santander® small business financing.*

**A Santander Business Line of Credit** can provide flexible working capital for anything from purchasing inventory to paying off high-interest business credit card balances.

**Santander Commercial Equipment and Vehicle Financing** could be ideal for businesses seeking to purchase hard assets.

### Speak with your small business representative or call us at 1.877.768.1145 to learn more today.

Visit santanderbank.com      Visit your local branch

*Financing is available to qualified applicants only.

1505 SMEC 05/15

| BUSINESS CHECKING | Statement Period 06/01/15 - 06/30/15 |
|---|---|

**UNION STREET CORRIDOR COMMUNITY DEVELOPMENT CORP**                    Account #

## Balances

| | | | |
|---|---|---|---|
| Beginning Balance | $5,097.83 | Ending Balance | $7,015.31 |
| Deposits/Credits | +$3,507.48 | Average Daily Balance | $5,893.99 |
| Withdrawals/Debits | -$1,590.00 | | |

## Checks Posted

| Check # | Date Paid | Amount | Reference |
|---|---|---|---|
| 2552 | 06/03 | $960.00 | 0881584755 |

**1 Check(s) Posted = $960.00**



Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2015 Santander Bank, N.A. All rights reserved. Santander, Santander Bank, the Flame Logo, and Extra 20 (for checking account services) are registered trademarks, and Extra 20 (for savings account services) is a service mark of Banco Santander, S.A. or its affiliates in the United States or in other countries.




 Santander

## Account Activity

| Date | Description | Credits | Debits | Balance |
|------|-------------|---------|--------|---------|
| 06-01 | **Beginning Balance** | | | $5,097.83 |
| 06-02 | MONTHLY MAINTENANCE FEE FOR PRIOR PERIOD | | $15.00 | $5,082.83 |
| 06-03 | CHECK 000000002552 | | $960.00 | $4,122.83 |
| 06-15 | BRANCH TRANSACTION AT LYNN- BROADWAY  - CHECK DEPOSIT | $3,507.48 | | $7,630.31 |
| 06-23 | AFA PROTECTIVE S SERVICES 150622 2552814 | | $615.00 | $7,015.31 |
| 06-30 | **Ending Balance** | | | $7,015.31 |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
Santander Way RI1 EPV 02 23
East Providence, RI 02915

Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.





UNION STREET CORRIDOR
COMMUNITY DEVELOPMENT CORP
286 JACKSON
LYNN MA 01901

2552

# 2552    06/03/15    $960.00

 Santander

**Statement Period 07/01/15 TO 07/31/15**
**Primary Account #:** 

**For your convenience our Business
Customer Contact Center is available Monday
through Friday, 8:00 am to 6:00 pm.
and Saturday, 8:00 am to 5:00 pm.
Call us at 1-877-768-1145.**
www.santanderbank.com

UNION STREET CORRIDOR COMMUNITY DEVELOPMENT CORP
298 UNION ST
LYNN MA 01901-1342

0000
7 0 31

# ARE YOU READY TO ACCEPT THE NEW EMV CHIP CARDS?
# WE CAN HELP.

Beginning October 1, 2015, your business will be liable for any
card-present fraud that occurs when a customer uses a credit
card with an EMV chip if you don't have a chip-enabled card
reader. To protect themselves, small businesses should install
chip-enabled card readers.

**At Santander, we can help you with that. Speak to one of our
Small Business representatives for more details.**

1504SMEM  8267  4/15

| BUSINESS CHECKING | Statement Period 07/01/15 - 07/31/15 |
|---|---|

UNION STREET CORRIDOR COMMUNITY DEVELOPMENT CORP        Account # 

## Balances

| | | | |
|---|---|---|---|
| Beginning Balance | $7,015.31 | Ending Balance | $9,579.29 |
| Deposits/Credits | +$9,507.48 | Average Daily Balance | $9,346.63 |
| Withdrawals/Debits | -$6,943.50 | | |

## Checks Posted

| Check # | Date Paid | Amount | Reference | Check # | Date Paid | Amount | Reference |
|---|---|---|---|---|---|---|---|
| 2553 | 07/02 | $3,000.00 | 0895619730 | 2555 | 07/13 | $50.00 | 0896799145 |
| 2554 | 07/10 | $3,000.00 | 0887793130 | 2556 | 07/13 | $645.00 | 0879134370 |



Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2015 Santander
Bank, N.A. All rights reserved. Santander, Santander Bank, the Flame Logo, and Extra 20 (for checking account
services) are registered trademarks, and Extra 20 (for savings account services) is a service mark of Banco Santander,
S.A. or its affiliates in the United States or in other countries.



 Santander

**4  Check(s) Posted = $6,695.00**

## Account Activity

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 07-01 | **Beginning Balance** | | | $7,015.31 |
| 07-01 | BRANCH TRANSACTION AT LYNN- BROADWAY  - CHECK DEPOSIT | $3,000.00 | | $10,015.31 |
| 07-01 | MA SEC OF STATE CONVEN FEE 0300004F0014830 | | $3.50 | $10,011.81 |
| 07-01 | MA SEC OF STATE CONVEN FEE 0300004F0014832 | | $3.50 | $10,008.31 |
| 07-01 | MA SEC OF STATE CONVEN FEE 0300004F0014832 | | $3.50 | $10,004.81 |
| 07-01 | MA SEC OF STATE CONVEN FEE 0300004F0014830 | | $3.50 | $10,001.31 |
| 07-01 | MA SEC OF STATE CONVEN FEE 0300004F0014830 | | $3.50 | $9,997.81 |
| 07-01 | MA SEC OF STATE CONVEN FEE 0300004F0014831 | | $3.50 | $9,994.31 |
| 07-01 | MA SEC OF STATE CONVEN FEE 0300004F0014831 | | $3.50 | $9,990.81 |
| 07-01 | MA SEC OF STATE CONVEN FEE 0300004F0014831 | | $3.50 | $9,987.31 |
| 07-01 | MA SEC OF STATE CONVEN FEE 0300004F0014831 | | $3.50 | $9,983.81 |
| 07-01 | MA SEC OF STATE CONVEN FEE 0300004F0014831 | | $3.50 | $9,980.31 |
| 07-01 | MA SEC OF STATE CONVEN FEE 0300006F0014830 | | $5.00 | $9,976.81 |
| 07-01 | MA SEC OF STATE PAYMENT CK 0300004F0014830 | | $15.00 | $9,971.81 |
| 07-01 | MA SEC OF STATE PAYMENT CK 0300004F0014830 | | $15.00 | $9,956.81 |
| 07-01 | MA SEC OF STATE PAYMENT CK 0300004F0014830 | | $15.00 | $9,941.81 |
| 07-01 | MA SEC OF STATE PAYMENT CK 0300004F0014831 | | $15.00 | $9,926.81 |
| 07-01 | MA SEC OF STATE PAYMENT CK 0300004F0014831 | | $15.00 | $9,911.81 |
| 07-01 | MA SEC OF STATE PAYMENT CK 0300004F0014831 | | $15.00 | $9,896.81 |
| 07-01 | MA SEC OF STATE PAYMENT CK 0300004F0014831 | | $15.00 | $9,881.81 |
| 07-01 | MA SEC OF STATE PAYMENT CK 0300004F0014831 | | $15.00 | $9,866.81 |
| 07-01 | MA SEC OF STATE PAYMENT CK 0300004F0014831 | | $15.00 | $9,851.81 |
| 07-01 | MA SEC OF STATE PAYMENT CK 0300004F0014832 | | $15.00 | $9,836.81 |
| 07-01 | MA SEC OF STATE PAYMENT CK 0300004F0014832 | | $15.00 | $9,821.81 |
| 07-01 | MA SEC OF STATE PAYMENT CK 0300006F0014830 | | $40.00 | $9,806.81 |
| 07-02 | CHECK 000000002553 | | $3,000.00 | $9,766.81 |
| 07-08 | BRANCH TRANSACTION AT LYNN- EXCHANGE ST  - CHECK DEPOSIT | $6,507.48 | | $6,766.81 |
| 07-10 | CHECK 000000002554 | | $3,000.00 | $13,274.29 |
| 07-13 | CHECK 000000002555 | | $50.00 | $10,274.29 |
| 07-13 | CHECK 000000002556 | | $645.00 | $10,224.29 |
| 07-31 | **Ending Balance** | | | $9,579.29 |
| | | | | $9,579.29 |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
Santander Way RI1 EPV 02 23
East Providence, RI 02915

**Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.**







# 2553   07/02/15   $3,000.00

# 2555   07/13/15   $50.00

# 2554   07/10/15   $3,000.00

# 2556   07/13/15   $645.00



Statement Period 08/01/15 TO 08/14/15
Primary Account #:

For your convenience our Business
Customer Contact Center is available Monday
through Friday, 8:00 am to 6:00 pm.
and Saturday, 8:00 am to 5:00 pm.
Call us at 1-877-768-1145.
www.santanderbank.com

UNION STREET CORRIDOR COMMUNITY DEVELOPMENT CORP
298 UNION ST
LYNN MA 01901-1342

0000
7 0 14

# ARE YOU READY TO ACCEPT THE NEW EMV CHIP CARDS?
# WE CAN HELP.

Beginning October 1, 2015, your business will be liable for any
card-present fraud that occurs when a customer uses a credit
card with an EMV chip if you don't have a chip-enabled card
reader. To protect themselves, small businesses should install
chip-enabled card readers.

**At Santander, we can help you with that. Speak to one of our
Small Business representatives for more details.**

1504SMEM B267 4/15

---

| BUSINESS CHECKING | Statement Period 08/01/15 - 08/14/15 |
|---|---|

**UNION STREET CORRIDOR COMMUNITY DEVELOPMENT CORP**                    Account #

Your account is at zero balance. Please deposit funds into this account quickly to ensure the account remains open and available to you. For your convenience you can check your account balance using Santander Business Online Banking at santanderbank.com, at any Santander ATM or by calling our Business Customer Contact Center at 1-877-768-1145. If this account is not meeting your needs, please call your branch representative or come in and see us for a complimentary financial review. We will assist you in making sure that you have the right products and services to meet your banking needs.

## Balances

| Beginning Balance | $9,579.29 | Ending Balance | $0.00 |
|---|---|---|---|
| Deposits/Credits | +$0.00 | Average Daily Balance | $8,895.06 |
| Withdrawals/Debits | -$9,579.29 | | |

page 1 of 2



Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2015 Santander Bank, N.A. All rights reserved. Santander, Santander Bank, the Flame Logo, and Extra 20 (for checking account services) are registered trademarks, and Extra 20 (for savings account services) is a service mark of Banco Santander, S.A. or its affiliates in the United States or in other countries.





## Account Activity

| Date | Description | Credits | Debits | Balance |
|------|-------------|---------|--------|---------|
| 08-01 | **Beginning Balance** | | | $9,579.29 |
| 08-14 | CLOSING TRANSACTION - WITHDRAWAL | | $9,579.29 | $0.00 |
| 08-14 | **Ending Balance** | | | $0.00 |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
Santander Way RI1 EPV 02 23
East Providence, RI 02915

Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.

